**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cornerstone Apparel, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Papaya Clothing** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4731158** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5807 Smithway Street**<br>**Los Angeles, CA 90040**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **www.papayaclothing.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Cornerstone Apparel, Inc.**                              Case number (*if known*) _____
         Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Cornerstone Apparel, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Cornerstone Apparel, Inc.**    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2017**
               MM / DD / YYYY

X **/s/ Tae Y. Yi**                                        **Tae Y. Yi**
  Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Timothy J. Yoo SBN**                    Date    **June 15, 2017**
  Signature of attorney for debtor                      MM / DD / YYYY

**Timothy J. Yoo SBN**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address _____

**155531**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Cornerstone Apparel, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2017**        X **/s/ Tae Y. Yi**
                                            Signature of individual signing on behalf of debtor

                                            **Tae Y. Yi**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## CERTIFICATE OF CORNERSTONE APPAREL, INC.
## A CALIFORNIA CORPORATION
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Kenneth Choi, hereby certify as follows:

1.      I am the Chief Executive Officer of Cornerstone Apparel, Inc. (the
"<u>Company</u>").

2.      At a special meeting of the Company's directors, the following resolutions
were duly enacted, and the same remain in full force and effect, without modification, as
of the date hereof:

> RESOLVED, that Tae Yi, the President, Secretary and
> Chief Financial Officer of the Debtor ("<u>Responsible
> Party</u>"), is hereby authorized to determine, based upon
> subsequent events and advice of counsel, whether it is
> desirable and in the best interests of the Company, its
> creditors, and other interested parties, that the Company file
> a Petition under the provisions of Chapter 11 of Title 11,
> United States Code;

> FURTHER RESOLVED, that Responsible Party is hereby
> authorized and directed on behalf of and in the name of the
> Company to execute a Chapter 11 bankruptcy petition and
> all related documents and papers on behalf of the Company
> in order to enable the Company to commence a Chapter 11
> bankruptcy case;

> FURTHER RESOLVED, that Responsible Party is hereby
> authorized and directed on behalf of and in the name of the
> Company to execute and file and to cause counsel for the
> Company to prepare with the assistance of the Company as
> appropriate all petitions, schedules, lists and other papers,
> documents and pleadings in connection with the
> Company's bankruptcy case, and to take any and all action
> which the Responsible Party deems necessary and proper in
> connection with the Company's bankruptcy case without
> further approval of the members;

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: June 14, 2017

CORNERSTONE APPAREL, INC.

By: _____

Kenneth Choi
Chief Executive Officer

2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cornerstone Apparel, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ambiance Apparel 2415 E. 15th Street Los Angeles, CA 90021** | **(323) 587-0007 x123** | | | | | **$2,375,416.33** |
| **Chocolate U.S.A. 1150 S. Crocker Street Los Angeles, CA 90021** | **(213) 749-3816** | | | | | **$1,451,180.25** |
| **Wax Jean 2415 E. 15th Street Los Angeles, CA 90021** | **(213) 765-9600** | | | | | **$1,019,194.35** |
| **Iris / K & L Wholesales, Corp. 3317 East 50th Street Vernon, CA 90058** | **(323) 231-7773** | | | | | **$1,015,190.20** |
| **Fashion Art 1100 S. San Pedro St. # D-1 Los Angeles, CA 90015** | **(213) 748-1095** | | | | | **$821,251.60** |
| **Itsme Jean, Inc.-No Factor 1100 S. San Pedro St., #L-1 Los Angeles, CA 90015** | **(213) 747-4748** | | | | | **$672,102.60** |
| **DNA Couture, Inc. - C 747 E. 10th St., #102-103 Los Angeles, CA 90021** | **(213) 239-5677** | | | | | **$651,443.05** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cornerstone Apparel, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **edgemine, Inc.** 1801 E. 50th Street Los Angeles, CA 90058 | **(323) 267-8222 x141** | | | | | $628,786.32 |
| **Reflex** 1100 S. San Pedro St., # D-4 Los Angeles, CA 90015 | **(213) 746-1185** | | | | | $618,094.70 |
| **Heart & Hips** Dept. LA 24406 Pasadena, CA 91185-4406 | **(323) 584-5900** | | | | | $570,957.35 |
| **Belinda / X.E.N.O.S** 1138 S. Crocker St. Los Angeles, CA 90021 | **(213) 748-6088** | | | | | $558,521.00 |
| **Active USA Inc.** 1807 E. 48th Place Los Angeles, CA 90058 | **(213) 746-4754** | | | | | $546,894.15 |
| **Blossom Inc.** P.O. Box 76327 Los Angeles, CA 90076 | **(213) 265-7999** | | | | | $535,005.10 |
| **Style Melody, Inc. / Lovetree** 110 E. 9th Street, Suite #A-1126 Los Angeles, CA 90079 | **(323) 589-8801** | | | | | $488,146.40 |
| **Danbee, Inc.** 3360 E. Pico Blvd Los Angeles, CA 90023 | **(323) 780-0077** | | | | | $468,360.12 |
| **Papermoon / J & E Trading USA, LLC** 1101 S. San Pedro St., #A-4 Los Angeles, CA 90074-1084 | **(213) 741-2121** | | | | | $404,555.55 |
| **Miss Avenue** 776 E. 10th Street #121 Los Angeles, CA 90074-0952 | **(213) 493-4293** | | | | | $401,471.60 |
| **Parks at Arlington LLC** 110 N. Wacker Dr. Chicago, IL 60606 | | for unpaid rent | | | | $392,100.00 |

Debtor  **Cornerstone Apparel, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HYFVE, Inc. (Double Zero) Dept. LA 24406 Pasadena, CA 91185-4406** | **(323) 234-6000** | | | | | $361,734.10 |
| **Parkway Plaza LP c/o Starwood Capital Group 591 West Putnam Avenue Greenwich, CT 06830** | | for unpaid rent | | | | $354,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Cornerstone Apparel, Inc.**
                                              Case No.
                              Debtor(s)       Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................................  $           **55,000.00**

   Prior to the filing of this statement I have received .............................  $           **55,000.00**

   Balance Due ...............................................................................................  $                **0.00**

2. $___**1,717.00**___ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNYBY's specialization**

In re    **Cornerstone Apparel, Inc.**                                Case No. _____
                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 15, 2017** | **/s/ Timothy J. Yoo SBN** |
| *Date* | **Timothy J. Yoo SBN 155531** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |
| | *Name of law firm* |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Timothy J. Yoo SBN**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **155531**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Cornerstone Apparel, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**23**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**June 15, 2017**__

**/s/ Tae Y. Yi**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __**June 15, 2017**__

**/s/ Timothy J. Yoo SBN**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Cornerstone Apparel, Inc.
5807 Smithway Street
Los Angeles, CA 90040


Timothy J. Yoo SBN
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


7-Jan
734 E. 12th St., #104
Los Angeles, CA 90074-0952


A Ellen
807 E. 12th St. #118
Los Angeles, CA 90021


Active USA Inc.
1807 E. 48th Place
Los Angeles, CA 90058


Ambiance Apparel
2415 E. 15th Street
Los Angeles, CA 90021


American Supply Company.
1621 E. 27th Street
Los Angeles, CA 90011


An, Michelle
561 Elm Avenue
Milpitas, CA 95035

Annabelle
File 749269
Los Angeles, CA 90074-9269


Antelope Valley Mall LLC
c/o Forest City Commercial Mgmt
50 Public Square #700
Cleveland, OH 44113


Arbor Place II LLC
c/o CBL & Associates
030 Hamilton Place Blvd, Suite 500
Chattanooga, TN 37421


Arbor Place II, LLC
c/o Evans Harrison Hackett PLLC
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402


Asiana Capital, Inc.
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017


Bai, Stella and Hee Young
1756 Milano Montebello
Montebello, CA 90640


Be Cool
2055 E. 51st Street
Los Angeles, CA 90058


Belinda / X.E.N.O.S
1138 S. Crocker St.
Los Angeles, CA 90021

Bestline Lingerie / Youmita
3510 S. Central Ave.
Los Angeles, CA 90011


Better Be
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017


Blossom Inc.
P.O. Box 76327
Los Angeles, CA 90076


BRE/Pearlridge LLC
c/o Washing Prime Group Inc.
180 East Broad Street
Columbus, OH 43215


CALS Collection / Xtaren
1122 Crocker St.,
Los Angeles, CA 90021


Cape Robbin Inc.
18052 Rowland Street
City of Industry, CA 91748


Carousel Center Company LP
c/o Pyramid Mgmt Group
4 Clinton Square
Syarcuse, NY 13202


Cassandra Silva
c/o Lawyers for Justice
410 Arden Avenue #203
Glendale, CA 91203

Cassandra Silva
c/o Lawyers for Justice
P.O. Box 845402
Los Angeles, CA 90084


Cassandra Silva
c/o Lawyers for Justice
18881 Von Karman Avenue, Suite 350
Irvine, CA 92612


Center For Environmental Health
c/o Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117


Chocolate U.S.A.
1150 S. Crocker Street
Los Angeles, CA 90021


Choi, Jin Hwan and Mikyung Kelly
2202 Kennebunk Ln.
Tyler, TX 75703


Choi, Sang Heup
16839 Abundante Street
San Diego, CA 92127


Choi, Suk Hwan and Sohyun
13673 Sweet Woodruff Ln.
Centreville, VA 20120


Citrus Park Mall Owner LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025

Clackamas Mall LLC
110 N. Wacker Dr.
Chicago, IL 60606


Colorado Mills Mall Limited Partnership
225 W. Washington St
Indianapolis, IN 46204


Contempo / Justine Taylor Inc. USA
13300 S. Figueroa St.
Los Angeles, CA 90061


Cozy S&S Casual, LLC.
800 E. 12th St., Ste#146
Los Angeles, CA 90021


Damo Clothing
P.O. Box 740952
Los Angeles, CA 90074-0952


Danbee, Inc.
3360 E. Pico Blvd
Los Angeles, CA 90023


David & Young, Co.
P.O. Box 88926
Chicago, IL 60695-1926


De Novo Imports, Inc.
51 Hartz Way
Secaucus, NJ 07094

Debut / Warehouse / Dreamers by debut
P.O. Box 741084
Los Angeles, CA 90074-1084


Desert Sky Mall LLC
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367


Desert Sky Mall LLC and JCP Realty TIC L
c/o Macerich Company
403 Wilshire Blvd., Suite 700
Santa Monica, CA 90401


DNA Couture, Inc. - C
747 E. 10th St., #102-103
Los Angeles, CA 90021


DND Fashion Inc. / Anna Shoes
P.O. Box 1036
Charlotte, NC 28201-1036


Double Zero Inc.
Dept. LA 24406
Pasadena, CA 91185-4406


Duelle Fashion, Inc.
File 749269
Los Angeles, CA 90074-9269


East Mesa Mall L.L.C.
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367

East Mesa Mall LLC
c/o Macerich Company
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401


edgemine, Inc.
1801 E. 50th Street
Los Angeles, CA 90058


Eighty One Enterprise Inc.
P.O. Box 1036
Charlotte, NC 28201-1036


Elegance Enterprise Corp.
P.O. Box 76327
Los Angeles, CA 90076


Enjean
1001 Towne Ave., #105
Los Angeles, CA 90021


Entry
P.O. Box 741084
Los Angeles, CA 90074-1084


Eunina / Pistola
3398 Leonis Blvd
Vernon, CA 90058


Event
Dept. LA 24406
Pasadena, CA 91185-4406

EWH Escondido Associates LP
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025


Fabina LA, Inc. / Motive
110 E. 9th Street, Suite #B882
Los Angeles, CA 90079


Fame Accessories
948 Crocker St., Suite 6
Los Angeles, CA 90021


Fashion Art
1100 S. San Pedro St. # D-1
Los Angeles, CA 90015


Finance One
801 S. Grand Ave., Suite 1000
Los Angeles, CA 90017


Flying Tomato /Salt &Pepper Clothing,Inc
P.O. Box 741084
Los Angeles, CA 90074-1084


Fortune Dynamic
21923 Ferrero Parkway
City of Industry, CA 91789


French Kiss
807 E. 12th Street, #144
Los Angeles, CA 90021

G Mini
1015 S. Crocker St., #P-12
Los Angeles, CA 90021


Ganji
1015 Crocker St., Suite R08
Los Angeles, CA 90021


Gaze U.S.A., Inc. - Factor
P.O. Box 740952
Los Angeles, CA 90074-0952


General Business Credit
110 E. 9th St., Suite #A-1126
Los Angeles, CA 90079


Glare Fashion
P.O. Box 741084
Los Angeles, CA 90074-1084


Good Morning Jewelry Corp.
45-47 W. 29th St., Suite 201
New York, NY 10001


Hana Financial. Inc.
Dept. LA 24406
Pasadena, CA 91185-4406


Handbag Republic Inc.
18301 Arenth Ave.
City of Industry, CA 91748

Heart & Hips
Dept. LA 24406
Pasadena, CA 91185-4406


HYFVE, Inc.  Double Zero
Dept. LA 24406
Pasadena, CA 91185-4406


Illuma Fashion, Inc.
1141 S. Boyle Ave., Unit 201
Los Angeles, CA 90023


Imperial Valley Mall II LP
c/o CBL & Associates
2030 Hamilton Place Blvd, Suite 500
Chattanooga, TN 37421


Indigo Group USA Inc.
1457 E. Washinton Blvd.
Los Angeles, CA 90021


Iris / K & L Wholesales, Corp.
3317 East 50th Street
Vernon, CA 90058


Isabelle Handbags
P.O. Box 1036
Charlotte, CA 28201-1036


Itsme Jean, Inc.-No Factor
1100 S. San Pedro St., #L-1
Los Angeles, CA 90015

Iwear, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406


JC Fits, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084


Jennifer Accessories, Inc.
15 Salem Street
Hackensack, NJ 07601


John & Grace Inc.
409 South River Street
Hackensack, NJ 07601


Kim, Chong Hyuk and Kil Uya
1045 S Windyridge Ct.
Anaheim, CA 92808


Kim, Dal Hang & Leslie N.
2309 Ridgewind Way
Windermere, FL 34786


Kim, Hae Sook
1415 Mesa Verde
Fullerton, CA 92833


Kim, Jonathan C and Jin Sook
2395 Devon Leigh Walk
Duluth, GA 30096

Kim, Richard
4820 Ne 15th Ter.
Oakland Park, FL 33334


King Kong Clothing, Inc. / Super B
Dept. LA 24406
Pasadena, CA 91185-4406


Knitwork Productions / American Attitude
P.O.Box 88926
Chicago, IL 60695-1926


L.A. Luo Cheng, Inc.
17181 E. Gale Ave.,
City of Industry, CA 91745


LANDLORD INFO


Lee, Dong Soo & Ji Sun
6843 Helenite
Carlsbad, CA 92009


Lee, Grace
c/o Suh Law Group, APC
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010


Legend Footwear, Inc.
19445 E. Walnut Dr. North
City of Industry, CA 91789

Like Dreams Inc.
1211 Long Beach Ave., #201
Los Angeles, CA 90021


Love Republic
1172 S. Crocker Street
Los Angeles, CA 90021


Macerich Lakewood LP
P.O. Box 2172
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90407


Macerich Lakewood LP
c/o Macerich Company
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401


Macerich Lakewood LP
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367


Machine Jeans
P.O. Box 741084
Los Angeles, CA 90074-1084


May Pink
File 740952
Los Angeles, CA 90074-0952


Mezzanine USA Inc.
1015 S. Crocker St., #R-29
Los Angeles, CA 90021

Mika Accessories
29 West 30th Street, 7th Fl.
New York, NY 10001


Mind Code / MJC Connection Inc.
732 E. 10th St., Unit 108
Los Angeles, CA 90021


Miss Avenue
776 E. 10th Street #121
Los Angeles, CA 90074-0952


Mission Valley Shoppingtown LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025


Monaco - Factor
P.O. Box 740952
Los Angeles, CA 90074-0952


Monteau Women's Apparel
2315 S. Santa Fe Ave.
Los Angeles, CA 90058


My Story / Event
Dept. LA 24406
Pasadena, CA 91185-4406


N.F. USA Inc.
619 E. Washington Blvd. Suite A
Los Angeles, CA 90015

New Commercial Capital, Inc.
3530 Wilshire Blvd. #380
Los Angeles, CA 90010


Newage PHM LLC
411 E. Huntington Dr., #305
Arcadia, CA 91006


Noble U / The Propose, Inc.
1015 S. Crocker Street, #R-21
Los Angeles, CA 90021


Nu Luuk
110 E. 9th St., Suite #A-1126
Los Angeles, CA 90079


Oboe
1015 S. Crocker Street, #R-34
Los Angeles, CA 90021


OHS-dba ohyes fashion
3500 S. San Pedro St.,
Los Angeles, CA 90011


Olive Tree Mode, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084


OMG Accessories
P.O. Box 1036
Charlotte, NC 28201-1036

Oppo Original Corp
Dept. LA 24406
Pasadena, CA 91185-4406


Outlet Mall of Savannah LLC
3200 Northline Ave. #360
Greensboro, NC 27408


Papermoon / J & E Trading USA, LLC
1101 S. San Pedro St., #A-4
Los Angeles, CA 90074-1084


Paradise Valley Mall SPE LLC
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367


Paragon Design
477 S. Dean St.
Englewood, NJ 07631


Parks at Arlington LLC
110 N. Wacker Dr.
Chicago, IL 60606


Parkway Plaza LP
c/o Starwood Capital Group
591 West Putnam Avenue
Greenwich, CT 06830


Parvenue
File 51084
Los Angeles, CA 90074-1084

Pink Bud, Inc.
P.O. Box 740952
Los Angeles, CA 90074-0952


Pink By Ele
1018 Wilt Ave.
Ridgefield, NJ 07657


Pink Cosmo Inc.
1153 S. Greenwood Ave.
Montebello, CA 90640


Plaza Bonita LLC
c/o Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, CA 92101


Plaza Bonita LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025


Popular Basics
1261 S. Boyle Ave.
Los Angeles, CA 90023


Pretty Knit
130 East Jefferson Blvd.
Los Angeles, CA 90011


Prime Business Credit, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084

Pyramid Wanden Company LP
c/o Pyramid Mgmt Group
4 Clinton Square
Syarcuse, NY 13202


Raggs 2 Riches dba Four Girlz
1926 E. 14th St.
Los Angeles, CA 90021


Reflex
1100 S. San Pedro St., # D-4
Los Angeles, CA 90015


RFA Holding Group LLC / The RFA Group
P.O. Box 1036
Charlotte, NC 28201-1036


Rhapsody Clothing Inc.
P.O. Box 1036
Charlotte, CA 28201-1036


RJ Imports
1350 S. Broadway
Los Angeles, CA 90015


RM Manufacturing Co.
7401 N. Oak Park Avenue
Niles, IL 60714


Rosenthal & Rosenthal, Inc.
P.O. Box 88926
Chicago, IL 60695-1926

Santa Anita Fashion Park LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025


SDG Accessories
800 E. 12th St. Suite #401
Los Angeles, CA 90021


Seminole Towne Center Limited Partnershi
c/o Washing Prime Group Inc.
180 East Broad Street
Columbus, OH 43215


Seo, Choon Hee
1103 Creekside Drive
Fullerton, CA 92833


Shark Eyes, Inc.
2110 East 25th Street
Vernon, CA 90058


Shin, Min Chul and Sookyeon
6529 Marblewing Dr.
Corpus Christi, TX 78414


SM Apparel / Mango Tree
2120 Long Beach Ave.
Vernon, CA 90058


SMAC Inc.
5101 Commerce Drive
Baldwin Park, CA 91706

Sneak Peek
1016 Towne Ave., #118
Los Angeles, CA 90021


Something Special / Intraco, Inc.
6333 Corsair Street
Commerce, CA 90040


Spotsylvania Mall Company
5577 Youngstown-Warren Road
Niles, OH 44446


Style Melody, Inc. / Lovetree
110 E. 9th Street, Suite #A-1126
Los Angeles, CA 90079


Superline Ladies Apparel
1100 S. San Pedro St., #B3 & B4
Los Angeles, CA 90015


SweetRain Apparel, / dba Jump Clothing
2615 Fruitland Ave.
Vernon, CA 90058


Tanger National Harbor LLC
3200 Northline Ave. #360
Greensboro, NC 27408


TBB Orlando LLC
c/o Mall Management Office
3201 E. Colonial Dt.
Orlando, FL 32803

Team Air Express
P.O. Box 668
Winnsboro, TX 75494


Teenbell
906 E. 60th Street
Los Angeles, CA 90001


Temecula Towne Center Associates LLC
50 Public Square, Suite 1360
Cleveland, OH 44113


The CIT Group Commercial Services I
P.O. Box 1036
Charlotte, NC 28201-1036


The Timing, Inc
P.O. Box 741084
Los Angeles, CA 90074-1084


The Vintage Shop
P.O. Box 741084
Los Angeles, CA 90074-1084


TM Wellington Green Mall LP
591 West Putnam Avenue
Greenwich, CT 06830


Trac
1100 S. San Pedro St., Unit N-09
Los Angeles, CA 90015

Tres Bien
Dept. LA 24406
Pasadena, CA 91185-4406


Trio Trading
605 S, Milliken Ave,m #E
Ontario, CA 91761


Trust International CHB.
12140 Artesia Blvd., Ste #208
Artesia, CA 90701


U & I Import, Inc.
33 New Bridge Road
Bergenfield, NJ 07621


Vivace Design Inc.
726 E. 12th St., #116
Los Angeles, CA 90021


Wax Jean
2415 E. 15th Street
Los Angeles, CA 90021


WEA Palm Desert LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025


Westday Associates Limited Partnership
c/o Macerich Company
402 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

Yi, Kenneth & Nicole
2310 Camino Monte
Fullerton, CA 92833


Zenana / KC Exclusive, Inc.
P.O. Box 740952
Los Angeles, CA 90074-0952

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Timothy J. Yoo SBN 155531**<br>**Eve H. Karasik SBN 155356**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>   **Cornerstone Apparel, Inc.**<br>                                               Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: __**June 15, 2017**__ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other *(specify):* _____ | Date Filed: _____ |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

__**June 15, 2017**__

Date:

Signature (handwritten) of authorized signatory of Filing Party

**Tae Y. Yi**
Printed name of authorized signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

__**June 15, 2017**__

Date:

Signature (handwritten) of attorney for Filing Party

**Timothy J. Yoo SBN 155531**
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL