1  TIMOTHY J. YOO (SBN 155531)
   EVE H. KARASIK (SBN 155356)
2  JULIET Y. OH (SBN 211414)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
5  Email: tjy@lnbyb.com, ehk@lnbyb.com,  jyo@lnbyb.com

6
   Proposed Attorneys for Chapter 11 Debtor
7  and Debtor in Possession

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11

12
   In re                              ) Case No. 2:17-bk-17292-VZ
13                                     )
                                       ) Chapter 11
14 CORNERSTONE APPAREL, INC.           )
15 d/b/a Papaya Clothing,              )
                                       ) **OMNIBUS DECLARATION OF TAE**
16              Debtor.                ) **YI IN SUPPORT OF DEBTOR'S**
                                       ) **EMERGENCY "FIRST DAY"**
17                                     ) **MOTIONS**
                                       )
18                                     )
                                       ) Date:        June 20, 2017
19                                     ) Time:        1:30 p.m.
                                       ) Courtroom:   1368
20                                     ) Location:    255 E. Temple Street
                                       )              Los Angeles, California
21                                     )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27 _____ )

28

1

I, Tae Yi, hereby declare as follows:

1.      I am over 18 years of age.  I am the President, Chief Financial Officer, Secretary, and one of the three shareholders of Cornerstone Apparel, Inc., d/b/a Papaya Clothing, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case ("Cornerstone" or the "Debtor"),[1] and am therefore familiar with the business operations and financial books and records of the Debtor.  I have personal knowledge of the facts set forth below and, if called to testify as a witness, I could and would competently testify thereto.

2.      I have access to the Debtor's books and records.  As President, Chief Financial Officer and Secretary of the Debtor, I am familiar with the history, organization, operations and financial condition of the Debtor.  The records and documents referred to in this Declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtor's business at or near the time of act, condition or event to which they relate by persons employed by the Debtor who had a business duty to the Debtor to accurately and completely take, make, and maintain such records and documents.  The statements set forth in this declaration are based upon my own personal knowledge and my review of the Debtor's books and records.

3.      I make this declaration in support of the following emergency "first day" motions filed concurrently herewith by the Debtor:

    a.  "Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant to 11 U.S.C. § 366" (the "Utility Motion");

    b.  "Debtor's Emergency Motion For Order Authorizing The Debtor To Implement and  Maintain Cash Management Motion" (the "Cash Management Motion");

    c.  "Debtor's Emergency Motion For Entry Of An Order Authorizing The Debtor To Honor Certain Prepetition Obligations To Customers" (the "Customer Programs Motion"); and

---

[1] Capitalized terms that are used but not defined herein have the meanings set forth in the respective Emergency Motions and related Memorandums of Points and Authorities referenced in Paragraph 3 below.

d. "Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365 And Abandon Any Remaining Personal Property Located At The Leased Premises" (the "Lease Rejection Motion").

## A.    Background Information and Events Leading to Bankruptcy Filing.

4.    The Debtor filed a voluntary petition under Chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") on June 15, 2017 (the "Petition Date").  The Debtor is continuing to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

5.    Cornerstone operates a chain of apparel stores under the name Papaya Clothing ("Papaya") that cater to teens, juniors and the "young at heart," and focuses on the 16 to 25 year old age group. Cornerstone has over 80 stores located in malls and shopping centers throughout the United States. The Papaya concept is to provide shoppers with "great price, great service," and an "innovative, upscale and welcoming atmosphere."

6.    Cornerstone is based in Commerce, California with a 75,000 square feet headquarters complex, which includes its warehouse and distribution facilities.  The merchandise sold in the Papaya stores is manufactured in the United States, and is housed in Cornerstone's California warehouse where Cornerstone's employees pack and ship the merchandise to the retail locations. Given the ever-changing fashion world, Cornerstone has established a production line that can take a new design from start to finish within a two-week period in order to give the customer an impressive selection of the latest fashions.

7.    Cornerstone's ownership and management have over twenty-five years' experience in operating retail clothing business focusing primarily in the junior and petite apparel markets. This ownership and management team is responsible for the prior successes of retailers Everblue Casuals and Career Image. Papaya consistently leads in its retail category in sales per square foot of retail space.

8.      The Debtor employs a workforce of approximately of 1,300 employees. In 2016, the Debtor generated annual gross revenues of more than $134 million. The Debtor has no secured debt.

9.      After opening its first retail store approximately 18 years ago in 1999, the Debtor substantially expanded its business operations to encompass a total of over 80 of retail stores throughout the United States by 2017. Approximately, 50 of these new retail stores were opened within the last six (6) years.  The expansion effort took a heavy financial toll on the business operations of the Debtor as a whole as it incurred construction and other "start up" costs with the opening of each new store as well as a significant increase in operating expenses typically associated with a retail store chain operation.

10.      The high cost of expansion combined with decreasing store sales as a result of a general industry-wide shift in consumer shopping preferences from in-store to online shopping, and the resulting increased competition, has left Cornerstone with insufficient liquidity to meet all of its financial obligations. While the Debtor has already closed a number of its less profitable retail store locations, leaving open approximately 80 retail stores as of the Petition Date, the Debtor requires time to evaluate the viability of the remaining retail stores and identify other ways to decrease operational costs and increase profitability.  In order to preserve the Debtor's rights under its lease agreements and to have an opportunity to restructure its business and financial affairs and ultimately reorganize, the Debtor filed this Chapter 11 bankruptcy case.

11.      Through its bankruptcy case, the Debtor intends to identify the core Retail Stores around which the Debtor can successfully reorganize, to expeditiously close those Retail Stores which are not likely to be profitable and/or for which the Debtor is unable to obtain meaningful rent concessions from the landlords, to identify and implement reasonable cost cutting measures and to maximize the value of the Debtor's inventory by continuing its retail operations at the Retail Stores, all of which the Debtor believes will enable it to formulate and pursue confirmation of a plan of reorganization which allows the Debtor to restructure its existing debt in a cohesive and efficient manner while continuing to operate its longstanding business.

**B.**    **The Utility Motion.**

12.    The Debtor conducts its business from its corporate office and warehouse facility located at 5807 Smithway Street, Commerce, California 90040 (the "<u>Corporate Facility</u>") and its over 80 retail stores located primarily in shopping malls throughout the state of California (collectively, the "<u>Retail Stores</u>," and individually, a "<u>Retail Store</u>").

13.    In connection with the operation of the Debtor's business, the Debtor receives water, electricity, telephone, internet, trash and/or similar utility services from a number of utility companies (each a "<u>Utility Company</u>," and collectively, the "<u>Utility Companies</u>").  Given the importance of the services provided by the Utility Companies to the continued operation of the Debtor's business, it is crucial that the means of providing adequate assurance to the Utility Companies that provide utility services at the Debtor's Corporate Facility and the Retail Stores be determined promptly so that there is no interruption in the services provided.

14.    Attached as **<u>Exhibit "A"</u>** hereto is a list which sets forth the name and address of each Utility Company that is currently providing utility services to the Debtor's Corporate Facility and/or the Retail Stores, the type of utility service provided by each Utility Company, the account number(s) associated with each Utility Company, and the amount of the cash deposit proposed to be paid for each Utility Company as adequate assurance of payment (collectively, the "<u>Cash Deposits</u>," and individually, a "<u>Cash Deposit</u>").

15.    As noted above, and as reflected in **<u>Exhibit "A"</u>** hereto, the Debtor is generally proposing to provide for each of the Utility Company providing services to the Debtor's Corporate Office and/or the Retail Stores[2] with a Cash Deposit in an amount equal to one month's average cost for utility consumption based on the historical utility costs incurred on the utility account(s) (as determined by the last three monthly or bi-monthly invoice amounts for

---

[2]The list attached as **<u>Exhibit "A"</u>** hereto does not include any Utility Companies (and/or utility accounts) that provide utility services at the Retail Stores which the Debtor is seeking to close on or shortly after the Petition Date (as set forth in the motion, filed on June 15, 2017, to reject the unexpired non-residential real property leases for the Retail Stores to be closed on or shortly after the Petition Date), or for stores that the Debtor vacated prepetition.

such utility accounts).  The total aggregate amount of the Cash Deposits proposed to be paid for the Utility Companies by the Debtor is $116,356.

16.    In addition to the Cash Deposits, the Utility Companies will be kept current on all post-petition amounts payable to such Utility Companies.

17.    The source of the funds to be used to pay the proposed Cash Deposits to the Utility Companies will be the Debtor's cash on hand, which will be deposited into segregated account solely for the use of holding and paying the Cash Deposits, as needed.  The Debtor has no secured lender and therefore the Debtor's cash and the Cash Deposits are not the cash collateral of any lender.

18.    Given the large number of Utility Companies which provide utility services to the Debtor at its Corporate Office and/or the Retail Stores which will continue to remain open, and the logistical difficulty and expense associated with issuing and distributing individual checks for the Cash Deposits to the Utility Companies within the first thirty (30) days of the Debtor's Chapter 11 bankruptcy case, the Debtor seeks to establish the following procedures (the "Procedures") for distributing the Cash Deposits to the Utility Companies pursuant to the Utility Motion:

a.    Upon the granting of this Motion, the total amount of the Cash Deposits (*i.e.*, $116,356) will be deposited by the Debtor into a segregated debtor-in-possession bank account entitled "Utility Deposit DIP Account" for the sole benefit of the Utility Companies.  The funds in the Utility Deposit DIP Account will not be commingled with any other funds of the Debtor, and the only distributions permitted to be made from the Utility Deposit DIP Account will be distributions made to one or more of the Utility Companies (but only up to the respective allowed amounts of the Utility Companies' Cash Deposits) or as otherwise authorized by the Court.

b.    In the event that the Debtor fails to make a timely payment to a Utility Company for post-petition utility services, the Utility Company may make a written request for a distribution from the Utility Deposit DIP Account in the amount of the post-petition

default ("Distribution Request").  The Distribution Request must be sent by the Utility Company, via both e-mail and United States first-class mail, to the Debtor and its bankruptcy counsel, as follows:  (i) Cornerstone Apparel, Inc., Attn: Tae Yi; Address: 5807 Smithway Street, Commerce, California 90040, Email: tyyi777@yahoo.com;   and (ii) Levene, Neale, Bender, Yoo & Brill, L.L.P., Attn: Juliet Y. Oh, Address: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067; Email: JYO@LNBYB.com.  The Distribution Request must clearly note the alleged post-petition default amount and the utility account number(s) to which such post-petition default amount relates.

     c.     The Debtor will have ten (10) calendar days after the date of receipt of the Distribution Request (the "Cure Period") to cure the alleged post-petition default and to bring the utility account(s) post-petition current.  If the Debtor is unable, or otherwise fails, to cure such alleged post-petition default within the Cure Period, the Debtor must issue and distribute a check for the amount requested in the Distribution Request from the Utility Deposit DIP Account to the applicable Utility Company within seven (7) calendar days after the date of expiration of the Cure Period.  The Debtor shall have the right to seek a determination by the Court that the Debtor is not in post-petition default and/or that the amount of the alleged post-petition default set forth in a Distribution Request is inaccurate, which right shall not be deemed waived in the event that the Debtor issues and distributes a check for the amount requested in a Distribution Request in accordance with the procedures set forth herein.

     d.     In no event shall any Utility Company receive distributions from the Utility Deposit DIP Account in excess of the respective allowed amount of such Utility Company's Cash Deposit.

     e.     In the event that the Debtor terminates the services of any Utility Company and after all post-petition invoices owed by the Debtor to that Utility Company have been paid, the Debtor shall be authorized to withdraw from the Utility Deposit DIP Account the

1   amount of the Utility Deposit attributable to the Utility Company whose services have been

2   terminated, minus the amount of any outstanding and unpaid post-petition invoices owed

3   by the Debtor to that Utility Company

4

5   **C.    The Cash Management Motion.**

6       19.    Prior to the Petition Date, the Debtor maintained approximately ninety (90) bank

7   accounts at various banks, but primarily at Bank of America.  Eighty-five (85) of these bank

8   accounts are depository accounts for the Debtor's individual retail stores and e-commerce shop

9   (collectively, the "Store Depository Accounts"), into which the receipts from customer sales are

10  deposited on a regular (generally daily) basis.  The remaining five (5) bank accounts are

11  operating or disbursement accounts which the Debtor utilizes to make disbursements related to

12  operations, office/administrative expenses, merchandise purchasing, store construction costs and

13  other purposes (collectively, the "Pre-Petition Operating Accounts").  A list of the Debtor's pre-

14  petition Store Depository Accounts and Pre-Petition Operating Accounts is attached as **Exhibit**

15  **"B"** hereto.

16      20.    All of the store cash receipts and credit card receipts from sales generated at the

17  Debtor's retail stores and e-commerce shop are deposited into the Store Depository Accounts

18  (automatically, in the case of credit card receipts).  Prior to the Petition Date, the Debtor

19  occasionally made store-level operating disbursements from the applicable Store Depository

20  Account(s).

21      21.    Pursuant to this Motion, the Debtor seeks to keep open and maintain the Store

22  Depository Accounts following the Petition Date.  The Debtor will not make any operating

23  disbursements from the Store Depository Accounts post-petition.  Rather, all of the funds that are

24  collected in the Store Depository Accounts will be swept on a daily basis into one or more

25  debtor-in-possession operating bank accounts to be established by the Debtor immediately

26  following the Petition Date (collectively, the "DIP Accounts"), from which the Debtor will make

27

28

all operating disbursements.  As a result, all post-petition disbursements made by the Debtor will be made from the DIP Accounts and will be accounted for accordingly.

22.    The Debtor anticipates that it will be opening at least seven (7) DIP Accounts to replace the five (5) Pre-Petition Operating Accounts, to establish one (1) primary operating account from which virtually all of the Debtor's post-petition disbursements will be made, and to establish one (1) account in which the Court-approved utility cash deposits will be maintained.[3]

23.    The Store Depository Accounts have been utilized by the Debtor for the collection of store-level cash and credit card sales receipts for some time and provide a very efficient and secure means of collecting and managing such receipts.  If the Debtor is required to close the Store Depository Accounts, the Debtor's ability to collect and utilize its store-level sales receipts will likely be disrupted and/or delayed, which in turn will have a negative and potentially significant impact on the Debtor's cash flow and ability to operate its business.  Consequently, the maintenance of the Store Depository Accounts in the Debtor's existing cash management system is not only essential but is in the best interests of all creditors and other parties in interest.

24.    In addition to the Store Depository Accounts, the Debtor has historically maintained the Pre-Petition Operating Accounts to make disbursements related to operations, office/administrative expenses, merchandise purchasing, store construction costs and other purposes.  The Debtor will be closing the Pre-Petition Operating Accounts and opening five (5) DIP Accounts to replace the Pre-Petition Operating Accounts.  In addition, the Debtor will be opening one (1) primary operating DIP Account from which virtually all of the Debtor's post-petition disbursements will be made, and one utility deposit DIP Account in which the Court-approved utility cash deposits will be maintained.  The Debtor believes that the continuation of the Debtor's pre-petition cash management system post-petition – albeit in the form of replacement DIP Accounts – will promote efficiency and continuity.  Moreover, since all of the sales receipts and other revenue generated by the Debtor will ultimately be deposited into one or

---

[3] Concurrently herewith, the Debtor has filed an emergency motion seeking Court authority to set aside cash deposits for the benefit of the Debtor's utility companies in accordance with 11 U.S.C § 366 (which utility deposits are proposed to be maintained in a segregated DIP Account).

more of the DIP Accounts (from which any and all operating disbursements made by the Debtor will be made), the Debtor will still be able to account for all of its receipts and disbursements in compliance with the reporting guidelines and requirements of the Office of the United States Trustee.

25.    Authority for the Debtor to maintain and utilize a portion of its existing cash management system along with its new DIP Accounts will, among other things: (i) ensure the uninterrupted receipt of deposits from the Debtor's retail stores and receipts from credit card companies, (ii) minimize the disruption which would result from being forced to redirect these payments, (iii) allow for the fluid continuance of the Debtor's business transactions, including the payment of critical operating expenses, and (iv) assist in the Debtor's smooth transition into Chapter 11.

**D.**    **The Customer Programs Motion.**

26.    The Debtor has instituted a number of customer programs to remain competitive and to enhance its customer base.    By the Customer Programs Motion filed concurrently herewith, the Debtor seeks authority to continue honoring the following customer programs (collectively, the "Customer Programs"):

a.    Merchandise Credits.  Merchandise credits arise when a customer purchases a product in the store and later returns the product to the store without a receipt. Rather than provide the customer with a cash refund, the store gives the customer a credit that can be applied, up to the amount of the credit, to purchase goods in the store.  (Managers can provide cash refunds for products purchased and returned on the same day.) Customers are given up to 14 days to return the products for exchange or store credit with the proof of purchase (receipts). Once a store credit is issued, a customer has up to six (6) months to redeem the store credit.  The Debtor believes that the outstanding obligations on account of unredeemed merchandise credit totals approximately $552,000 as of the Petition Date. Historically, 90% of the merchandise credits are redeemed by customers.

b.   Gift Cards.  The Debtor sells gift cards in all denominations starting from $5.00 to $600.00 that are valid towards future purchases of product from the Debtor's stores. At present, Gift cards are sold only at the Debtor's stores, and can be redeemed for cash only if the balance is less than $10.00. Gift cards do not expire and cannot be reloaded. The Debtor believes that the outstanding obligations on account of unredeemed Gift Cards total approximately $247,000 as of the Petition Date. Historically, 87% of the gift cards issued are redeemed by customers.

c.   Advertising Programs. The Debtor regularly publishes coupons for the public to use at its Retail Stores and for online sales (the "Coupon Program").  The Coupon Program generally consists of promotional specials or discount amounts that enable customers to apply the amount of the coupon against their bill. The Debtor's Coupon Program for its Retail Stores is varied, and includes 10-15% Off coupons on regular priced items featured in mall coupon books year round, 20% Off coupons on any one regular priced item, 10% Off coupons with purchase of $50 or more, and 30% Off coupon on clearance items. In addition, the Debtor provides certain malls with coupons, including $10.00 Off coupons for special mall events as well as $25.00 gift cards provided to malls per the lease agreements for annual events. The Debtor also issues Grand Opening store scratchers for the first 200 customers and Black Friday store scratchers for the first 350 customers, which range from one $100.00 gift card to 100 10% Off coupons. The Debtor also has a Coupon Program for its online customers, which includes coupons for clearance items, flash sales on selected items, new members, birthdays, and free gifts for sales of $55.00 or more, among other benefits.

27.   The Debtor seeks authority in its discretion to honor the prepetition obligations incurred under the Customer Programs.  The Debtor also seeks authority, in its discretion, to continue to honor the Customer Programs in the ordinary course of business.  Such Customer Programs have been provided in the Debtor's ordinary course of business and I believe are essential for the Debtor to retain customer loyalty and to stay competitive in its industry.

11

28.    The Debtor is seeking the relief requested herein in order to maintain customer confidence during the Debtor's Chapter 11 bankruptcy case.  Absent such relief, I believe the Debtor's customer relations will be severely and irreparably harmed at a time when customer loyalty and patronage is extremely critical to the Debtor's reorganization efforts and ability to maximize value for the benefit of all creditors and parties in interest.

**E.    The Lease Rejection Motion.**

29.    By the Lease Rejection Motion filed concurrently herewith, the Debtor is seeking authority to reject the Leases relating to the thirty (30) Retail Stores identified in the Motion, with the rejection of such Leases to be deemed effective as of either June 30, 2017 for the eight (8) Rejected Operating Retail Stores and the Petition Date for the twenty two (22) Vacated Retail Stores. The specific Retail Stores subject to the Lease Rejection Motion are set forth in charts in the Lease Rejection Motion.

30.    The Debtor is no longer operating out of the Vacated Retail Stores as it vacated those stores prior to the Petition Date. While the Debtor is currently still operating out of the Rejected Operating Retail Stores, the retail operations for these stores have been, and continue to be, unprofitable.  After taking into account the corporate overhead expenses attributable to each of the Debtor's retail stores, the Debtor has concluded that these stores simply are not profitable enough to sustain and will only serve to deplete the Debtor's resources if the Debtor does not immediately reject the Lease associated therewith.

31.    Although the Debtor has attempted to negotiate rent concessions with many, if not all, of the landlords of the Retail Stores, the Debtor's efforts to negotiate agreements with such landlords to reduce rent to a level which would render the Retail Stores profitable have not been successful.

32.    Based on the foregoing, and given the ongoing post-petition rent obligations for the Retail Stores, and the fact that the Debtor will not likely be in a position to operate profitably at such Retail Stores, there will be significant financial losses to the Debtor and its bankruptcy estate, and the accrual of significant administrative rent claims in favor of the respective

landlords without a corresponding benefit to the Debtor's estate, if the Leases are not immediately rejected.

33.    I believe that the costs associated with liquidating any Remaining Personal Property at the Retail Stores will likely exceed the value of such assets.  Accordingly, I believe that the Remaining Personal Property at the Retail Stores, if any, has inconsequential value to the Debtor's estate and should be abandoned as requested in the Motion.  Accordingly, by the Motion, the Debtor is also seeking Court authority to abandon any of the Debtor's Remaining Personal Property located at each of the Retail Stores as of the applicable rejection dates.

34.    I believe that the rent and other obligations payable under the Leases are generally at or above the current market.  Accordingly, I do not believe that the marketing and assignment of the Leases to third parties would result in any net recovery for the Debtor's bankruptcy estate

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2017 at Commerce California.

TAE YI

1
2
3
4
5
6
7
8

# EXHIBIT "A"

Utility Deposits

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| **AZ** | | | | | | | |
| | AZB | Arizona Mill | 5000 Arizona Mills Circle #328 Tempez, AZ 85282 | Century Link | Telephone | 480-775-4300 603B | $ 230.00 |
| | | | | AT&T | Internet | 831-000-1944 644 | $ 500.00 |
| | AZF | Tucson Premium Outlets | 6401 West Marana Center Blvd #911 Tucson, AZ 85742 | Century Link | Telephone & Internet | 520-744-6370 919B | $ 380.00 |
| **CA** | | | | | | | |
| | Corp. Office | | 5807 Smithway St. Commerce, CA 90040 | Southern California Edison Company | Electricity | 2301232302 | $ 3,500.00 |
| | | | | At&t | Internet | 831-000-6309087 | $ 1,300.00 |
| | | | | VLAN24 Inc. | Server | | $ 2,100.00 |
| | | | | California Water Service | Water | 3481174683 | $ 450.00 |
| | | | | At&t Long Distance | Telephone | 854759272 | $ 700.00 |
| | | | | Verizon Wireless | Telephone | 970659745-0002 | $ 250.00 |
| | | | | At&t Mobility | Telephone | 287019572402 | $ 1,000.00 |
| | | | | At&t | Internet | 32372726457505 | $ 130.00 |
| | | | | Verizon Wireless | Internet | 970659745-0001 | $ 350.00 |
| | | | | AAA Rubbish Inc. | Refuse Disposal | 3887 | $ 500.00 |
| | CAC | Westfield Mission Valley | 1640 Camino del Rio North #337. San Diego, CA 92108 | At&t | Telephone & Internet | 619220-88704573 | $ 300.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3416059 | $ 440.00 |
| | | | | San Diego Gas & Electric | Gas & Electricity | 88095708567 | $ 1,000.00 |
| | CAD | Ontario Mills | 1 Mills Circle # 800 Ontario, CA 91764 | Frontier | Telephone & Internet | 909-466-1213-092616-5 | $ 180.00 |
| | CAE | Las Americas Premium Outlets | 4265 Camino de la Plaza #I-204. San Diego, CA 92173 | San Diego Gas & Electric | Gas & Electricity | 28340748984 | $ 2,700.00 |
| | | | | At&t | Telephone | 619662-38004467 | $ 250.00 |
| | CAG | Galleria at Tyler | 1107 Galleria at Tyler #D104. Riverside, CA 92503 | At&t (U-Verse) | Internet | 133656942 | $ 55.00 |
| | | | | At&t | Telephone | 951-343-0500 157 3 | $ 250.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 1063112 | $ 470.00 |
| | CAH | Monclair Plaza | 5037 E. Monclair Plaza Lane. Monclair, CA 91763 | Southern California Edison Company | Electricity | 2-26-415-3156 | $ 1,100.00 |
| | | | | Frontier | Telephone & Internet | 909-445-9600-072904-5 | $ 330.00 |
| | | | | IEM. INC | Refuse Disposal | 4370166 | $ 440.00 |
| | CAI | The Outlets at Orange | 20 City Blvd. West #315. Orange, CA 92868 | Verizon Wireless | Telephone | 565436253-00002 | $ 100.00 |
| | | | | At&t | Telephone | 714 385-9000 756 9 | $ 390.00 |
| | | | | Southern California Edison Company | Electricity | 2-37-594-3735 | $ 850.00 |
| | | | | At&t (U-Verse) | Internet | 145514846 | $ 85.00 |
| | CAK | Westfield Carlsbad | 2525 El Camino Real #260. Carlsbad, CA 92008 | At&t | Telephone | 760 720-0088 689 3 | $ 250.00 |
| | | | | San Diego Gas & Electric | Gas & Electricity | 1651 534 110 7 | $ 1,300.00 |
| | | | | IEM. INC | Refuse Disposal | 3551175 | $ 300.00 |
| | CAL | Westfield Plaza Bonita | 3030 Plaza Bonita Rd. #1006.National City, CA 91950 | San Diego Gas & Electric | Gas & Electricity | 7772 646 088 8 | $ 1,600.00 |
| | | | | At&t | Telephone | 619 472-5000 062 5 | $ 270.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3422109 | $ 590.00 |
| | CAM | Citadel Outlet | 5675 E. Telegraph Rd. Commerce, CA 90040 | Frontier | Telephone & Internet | 760-340-1099-061416-5 | $ 160.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3421131 | $ 850.00 |
| | | | | At&t | Telephone | 323 888-1100 261 8 | $ 195.00 |
| | | | | Southern California Edison Company | Electricity | 2-38-254-6182 | $ 750.00 |
| | | | | Charter | Internet | 8245 10 026 0109067 | $ 90.00 |
| | CAO | Glendale Galleria | 1186 Glendale Galleria #H. Glendale, CA 91210 | IEM. INC | Refuse Disposal | 8700129 | $ 200.00 |
| | | | | At&t | Telephone | 818 244-3303 314 4 | $ 140.00 |
| | | | | At&t (U-Verse) | Internet | 144020916-9 | $ 96.00 |
| | CAP | Camarillo Premium Outlets | 610 Ventura Blvd. #1324. Camarillo, CA 93010 | Southern California Edison Company | Electricity | 2-31-323-5509 | $ 1,500.00 |
| | | | | Frontier | Telephone & Internet | 805-383-3737-032609-5 | $ 300.00 |

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| | | | | Verizon Wireless | Telephone | 671263232-00001 | $ 140.00 |
| | | | | At&t (U-Verse) | Internet | 117880360-3 | $ 80.00 |
| | CAS | Brea Mall | 1065 Brea Mall #2060. Brea, CA 92821 | At&t | Telephone | 818 887-7338 456 5 | $ 180.00 |
| | | | | At&t | Telephone | 714 674-0881 310 8 | $ 210.00 |
| | | | | At&t (U-Verse) | Internet | 137283465 | $ 55.00 |
| | CAU | Westfield Topanga Mall | 6600 Topanga Canyon Blvd #2120. Canga Park, CA 91303 | Los Angeles Department of Water&Power | Water & Power | 692 009 0000 | $ 750.00 |
| | | | | Los Angeles Department of Water&Power | Water & Power | 098 884 1000 | $ 140.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3432136 | $ 640.00 |
| | | | | Tyco Integrated Security LLC. | Alarm & Security | 01400 116656932 | $ 100.00 |
| | | | | Verizon Wireless | Telephone | 1589071067 | $ 140.00 |
| | | | | At&t (U-Verse) | Internet | 117880360-3 | $ 80.00 |
| | CAY | The Shops at Montebello | 1735 Montebello Town Center. #D12A Montebello, CA 90640 | At&t | Telephone | 323-726-0510 356 8 | $ 110.00 |
| | | | | IEM. INC | Refuse Disposal | 3891354 | $ 280.00 |
| | | | | Southern  California Edison Company | Electricity | 2-38-867-1810 | $ 710.00 |
| | CAZ | The Shops at Dos Lagos | 2785 Cabot Dr. #175 Corona, CA 92883 | IEM. INC | Refuse Disposal | 3144332 | $ 280.00 |
| | | | | At&t | Telephone | 951 277-0201 216 9 | $ 230.00 |
| | CBA | Gran Plaza Outlet | 888 2nd Ave. #M170 Calexico, CA 92231 | Imperial Irrigation District | Electricity | 50611409 | $ 2,000.00 |
| | | | | At&t | Telephone | 760 357-5000 901 6 | $ 140.00 |
| | | | | Southern  California Edison Company | Electricity | 2-36-589-1654 | $ 500.00 |
| | CBC | Outlets at San Clemnete | 101 W. Avenida Vista Hermosa. #550 San Clemente, CA 92672 | At&t (U-Verse) | Internet | 147651661 | $ 160.00 |
| | CBD | Westfield North County Mall | 272 E. Via Rancho Parkway #169. Escondido, CA 92025 | San Diego Gas & Electric | Gas & Electricity | 3678 591 568 7 | $ 1,700.00 |
| | | | | San Diego Gas & Electric | Gas & Electricity | 3533 982 038 5 | $ 600.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3418173 | $ 520.00 |
| | | | | At&t | Telephone | 760 737-3142 | $ 160.00 |
| | CBE | Westfield Palm Desert Mall | 72-840 Highway 111 #101. Palm Desert, CA 92260 | Frontier | Telephone & Internet | 760-340-1099-061416-5 | $ 190.00 |
| | | | | Keter Environmental Service, Inc. | Refuse Disposal | 3421131 | $ 840.00 |
| | | | | Southern  California Edison Company | Electricity | 2-38-765-5194 | $ 420.00 |
| | C NA | Westfield Oakridge | 925 Blossom Hill Road #1672. San Jose, CA 95123 | AT & T | Telephone | 408 229-1200 587 2 | $ 270.00 |
| | | | | AT & T U-verse | Internet | 153008486 | $ 90.00 |
| | | | | PE & E | Electricity | 7079824643-8 | $ 1,980.00 |
| | | | | Keter Environmental Services | Waste Disposal | 3419105 | $ 930.00 |
| | CNB | Great Mall | 447 Great Mall Drive #459. Milpitas, CA 95035 | AT & T | Telephone | 408 942-1600 893 6 | $ 330.00 |
| | | | | AT & T u-verse | Internet | 132666702 | $ 70.00 |
| | | | | verizon | Cell Phone | 571493051 00001 | $ 400.00 |
| | | | | PE & E | Electricity | 0075238782 -9 | $ 1,470.00 |
| | CNC | Sunvalley Mall | 232 Sunvalley Mall #A125. Concord, CA 94520 | AT & T | Telephone | 925 356 0100 595 6 | $ 430.00 |
| | | | | AT&T | Internet | 925- 356 0100 595 6 | $ 340.00 |
| | | | | IEM | Waste Disposal | 7440087 | $ 310.00 |
| | CNE | Santa Rosa Plaza | 1003A  Santa Rosa Plaza    Santa Rosa, CA 95401 | AT & T | Telephone | 707 545-5544 600 1 | $ 160.00 |
| | | | | AT & T U-verse | Internet | 113710836 | $ 70.00 |
| | | | | PE & E | Electricity | 3058173187-1 | $ 1,300.00 |
| | CNF | San Francisco Premium Outlets | 3220 Livermore Outlets Dr  Livermore, CA 94550 | AT & T | Telephone | 925 447-2299 421 3 | $ 230.00 |
| | | | | Comcast | Internet | 8155 40 018 0716365 | $ 140.00 |
| | | | | PE & E | Electricity | 4525358672-6 | $ 1,730.00 |
| FL | | | | | | | |
| | FLA | Orlando Premium Outlets | 8200 Vineland Avenue #1240. Orlando, FL 32821 | Century Link | Telephone | 311905812 | $ 200.00 |
| | | | | AT & T | Internet (T1) | 831-000-1944-644 | $ 410.00 |
| | | | | Duke Energy | Electricity | 17811 33230 | $ 1,000.00 |
| | FLB | Dolphin Mall | 11401 N.W. 12 Street #428. Miami, FL 33172 | AT & T | Telephone | 305 591-0066 510 0448 | $ 280.00 |

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| | | | | AT & T | Internet (T1) | 831-000-1944 644 | $ 500.00 |
| | | | | Florida Power & Light Company | Electricity | 19143-96229 | $ 920.00 |
| | | | | International Environment Management, In | Waste Disposal | 7300144 | $ 490.00 |
| | FLD | University Mall | 2200 East Fowler Avenue Suite 340. Tampa, FL 33612 | Frontier | Telephone & Internet | 813-631-1011-111309-5 | $ 370.00 |
| | | | | Waste Management of Florida | Waste Disposal | 10-14889-92007 | $ 410.00 |
| | | | | Teco/Tampa Electric | Electricity | 211009250666 | $ 1,090.00 |
| | FLF | The Florida Mall | 8001 S. Orange Blossom Trail #1216. Orlando, FL 32809 | AT & T | Telephone & Internet | 407 854-5066 161 3142 | $ 560.00 |
| | | | | Duke Energy | Electricity | 77896 14434 | $ 1,120.00 |
| | FLG | Westfield Countryside | 27001 US Highway 19 North #2015. Clearwater, FL 33761 | Frontier | Telephone & Internet | 727-796-4600-021506-5 | $ 350.00 |
| | | | | Keter Environmental Services, Inc. | Waste Disposal | 3406106 | $ 590.00 |
| | | | | Duke Energy | Electricity | 8006951568 | $ 620.00 |
| | | | | City of Clearwater | Water | 4136835 | $ 160.00 |
| | FLH | Edison Mall | 4125 Cleveland Avenue #1510. Fort Myers, FL 33901 | Century Link | Telephone & Internet | 311796088 | $ 340.00 |
| | | | | Florida Power & Light Company | Electricity | 85528-33058 | $ 900.00 |
| | | | | City of Fort Myers. | Water | 6-002001-04 | $ 110.00 |
| | FLI | Coral Square | 9469 W Atlantic Blvd #9101A. Coral Springs, FL 33071 | AT & T | Telephone & Internet | 954 755-4210 173 1802 | $ 320.00 |
| | | | | Florida Power & Light Company | Electricity | 92341-37181 | $ 950.00 |
| | | | | Coral Springs Improve District | Water | 460-6024-06 | $ 100.00 |
| | FLJ | St. Augustine Outlets | 500 Outlet Mall Blvd #75  St. Augustine, FL  32084 | Florida Power & Light Company | Electricity | 98111-37133 | $ 820.00 |
| | | | | AT & T | Telephone | 904 824-8350 615 0569 | $ 140.00 |
| | | | | Comcast | Internet | 8495 74 310 1026490 | $ 120.00 |
| | FLL | Westshore Plaza | 250 Westshore Plaza #A9 Tampa, FL 33609 | Teco/Tampa Electric | Electricity | 211007749164 | $ 1,030.00 |
| | | | | Waste Connetions of Florida | Waste Disposal | 0078-216745 | $ 630.00 |
| | | | | Frontier | Telephone & Internet | 813-281-9300-091211-5 | $ 300.00 |
| | FLM | Westfield Brandon Town Center | 459 Brandon Town Center #446 Brandon, FL 33511 | Frontier | Telephone & Internet | 813-684-7323-101911-5 | $ 270.00 |
| | | | | Keter Environmental Services, Inc. | Waste Disposal | 3401119 | $ 390.00 |
| | | | | Teco/Tampa Electric | Electricity | 211007749339 | $ 1,930.00 |
| | FLN | The Avenues | 10300 Southside Blvd #1615A Jacksonville, FL 32256 | AT & T | Telephone & Internet | 904 538-0800 002 0566 | $ 320.00 |
| | FLP | Westland Mall | 1665 West 49th St  #1440  Hialeah, FL 33013 | Keter Environmental Services, Inc. | Waste Disposal | 1205102 | $ 560.00 |
| | | | | AT & T | Telephone & Internet | 305 698 9916 001 0441 | $ 240.00 |
| | | | | Florida Power & Light Company | Electricity | 75256-89100 | $ 1,160.00 |
| | | | | City of Hialeah | Water | 175819-000 | $ 50.00 |
| | FLQ | Orlando Fashion Square Mall | 3201 E. Colonial Dr #M23  Orlando, FL 32803 | Sunshine Recycling | Waste Disposal | 282820 | $ 470.00 |
| | | | | Orlando Utilities Commission | Electricity | 0291981931 | $ 1,810.00 |
| | | | | AT & T | Telephone & Internet | 407 897-8668 001 3149 | $ 470.00 |
| | FLS | Westfield Broward County Mall | 8000 W. Broward Blvd  #1812  Plantation, FL  33388 | Keter Environmental Services, Inc. | Waste Disposal | 3402069 | $ 730.00 |
| | | | | Florida Power & Light Company | Electricity | 37355-03488 | $ 1,010.00 |
| | | | | AT & T U-verse | Telephone & Internet | 143728577 | $ 240.00 |
| | FLT | Tampa Premium Outlets | 2312 Grand Cypress Dr #815  Lutz, FL 33559 | Frontier | Telephone & Internet | 813-948-8174-101215-5 | $ 200.00 |
| | FLU | Tanger Outlets Daytona Beach | 1100 Cornerstone Blvd. #970 Daytona Beach, FL 32117 | AT & T | Telephone & Internet | 156657136 | $ 260.00 |
| GA | GAA | Sugarloaf Mills | 5900 Sugarloaf Parkway #208. Lawrenceville, GA 30043 | Windstream | Telephone & Internet | 011218602 | $ 320.00 |
| | GAB | Mall of Georgia | 3333 Buford Drive #2078. Buford, GA 30519 | AT & T | Telephone & Internet | 678 482-2323 001 1885 | $ 320.00 |
| | GAC | Town Center at Cobb | 400 Ernest W Barrett Pkwy NW STE.216. Kennesaw, GA 30144 | AT & T | Telephone & Internet | 770 428-3737 001 1881 | $ 320.00 |
| | GAD | Tanger Outlets Locust Grove | 1000 Tanger Dr #401 Locust Grove, GA 30248 | AT & T | Internet | 139187097 | $ 90.00 |
| | | | | Georgia Power Company | Electricity | 98149-71062 | $ 670.00 |
| | | | | Georgia Power Company | Electricity | 97939-71051 | $ 670.00 |
| | | | | Georgia Power Company | Electricity | 97099-71058 | $ 670.00 |

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| | GAE | North Georgia Premium Outlets | 800 Highway 400 South, #610 Dawsonville, GA 30534 | AT & T | Telephone | 678 610-6767 769 1888 | $ 210.00 |
| | | | | Georgia Natural Gas | Gas | 003481011-3497362 | $ 180.00 |
| | | | | Sawnee Electric Membership | Electricity | 2342491000 | $ 1,040.00 |
| | | | | Windstream | Telephone & Internet | 072859868 | $ 320.00 |
| | GAG | Outlet Shoppes At Atlanta | 915 Ridgewalk Pkwy #130 Woodstock, GA 30188 | Comcast | Telephone & Internet | 8220 11 602 0341138 | $ 140.00 |
| | | | | IEM, INC | Waste Disposal | 10490089 | $ 460.00 |
| | | | | Georgia Power Company | Electricity | 64991-71010 | $ 1,240.00 |
| | | | | Georgia Natural Gas | Gas | 003880182-3893482 | $ 140.00 |
| HI | | | | | | | |
| | HIE | Pearlridge Center | 98-1005 Moanalua Road Suit 546. Aiea, HI 96701 | MCI | Telephone | 7DK08744 | $ 60.00 |
| | | | | Hawaiian Telcom | Internet | 200000000157380 | $ 280.00 |
| | | | | Hawaiian Electric | Electricity | 202014241469/202014242 | $ 1,040.00 |
| LA | | | | | | | |
| | LAA | Louisiana Boardwalk | 350 Boardwalk Bossier City, LA 71111 | AT & T | Telephone | 318 742-4800 001 0518 | $ 230.00 |
| | | | | Centerpoint Energy | Gas | 3549508-4 | $ 20.00 |
| | | | | AT & T U-verse | Internet | 133670171 | $ 50.00 |
| | | | | southerstern Electric Power | Electricity | 966-716-047-0-8 | $ 1,230.00 |
| | | | | Red River Sanitors | Waste Disposal | 0746AF | $ 540.00 |
| | | | | Red River Sanitors | Water | 0746AF3 | $ 120.00 |
| | | | | Verizon | Cell Phone | 220180033-00001 | $ 250.00 |
| MD | | | | | | | |
| | MDA | Arundel Mills | 7000 Arundel Mills Circle #217 Hanover, MD 21076 | Comcast | Telephone & Internet | 05627 665440-01-0 | $ 340.00 |
| | MDB | Annapolis Mall | 2002 Annapolis Mall #170 Annapolis, MD 21401 | BCE | Electricity | 5678740000 | $ 1,700.00 |
| | | | | Keter Environmental Services | Waste Removal | 3400160 | $ 440.00 |
| | | | | Comcast | Telephone & Internet | 05327 673917-01-9 | $ 260.00 |
| | MDC | Westfield Wheaton Mall | 11160 Veirs Mill RD #C4A Wheaton, MD 20902 | Keter Environmental Services | Waste Removal | 3438114 | $ 810.00 |
| | | | | Verizon | Telephone & Internet | 000779451864 25Y | $ 260.00 |
| | | | | Pepco | Electricity | 5501 6942 421 | $ 1,630.00 |
| MO | | | | | | | |
| | MOC | Prestige Outlets at Chesterfield | 17057 North Outer 40 RD # 142  Chesterfield, MO 63005 | Granite Telecommunications | Telephone & Internet | 03466468 | $ 310.00 |
| | | | | Ameren Missouri | Electricity | 0734030053 | $ 1,180.00 |
| | | | | International Environmental Mgmt | Waste Disposal | 10500073 | $ 380.00 |
| NC | | | | | | | |
| | NCB | Concord Mills | 8111 Concord Mills Blvd. #629 Concord, NC 28027 | WindStream | Telephone and Internet | 011431875 | $ 240.00 |
| NJ | | | | | | | |
| | NJA | The Mills at Jersey Gardens | 651 Kapkowski Road #2104. Elizabeth, NJ 07201 | Verizon | Telephone | 908 659-0360 829 45Y | $ 240.00 |
| | | | | AT&T | Internet | 831-000-1944 644 | $ 430.00 |
| | | | | Keter Environmental Services | Waste Disposal | 3300123 | $ 620.00 |
| NY | | | | | | | |
| | NYA | Palisades Center | 3482 Palisades Center Drive #B304. West Nyack, NY 10994 | Verizon | Telephone | 908 659-0360  829 | $ 240.00 |
| | | | | AT&T | Internet | 831-000-1944 644 | $ 430.00 |
| | | | | Orange and Rockland Electric Company | Electricity | 16831-08037 | $ 1,760.00 |
| | | | | Miele Sanitation Co. | Waste Disposal | PAPA369187 | $ 260.00 |
| TN | | | | | | | |

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| | TNA | Opry Mills | 127 Opry Mills Dr Nashville, TN 37214 | Single Digits Inc | Telephone & Internet | 1000010319 | $ 440.00 |
| | TNB | Wolfchase Galleria | 2760 N. Germantown Plwy #1320A Memphis, TN 38133 | AT&T | Telephone | 901 213 9085 001 1877 | $ 370.00 |
| | | | | AT & T U-verse | Internet | 155685945 | $ 90.00 |
| | | | | MEMPHIS LIGHT | Electricity | 00-109-9877-1238-746 | $ 790.00 |
| TX | TXA | GRAPEVINE MILLS | 3000 Grapevine Mills Parkway #244. Grapevine, TX 76051 | Frontier Communications | Telephone Service | 972-691-5500-081613-5 | $ 160.00 |
| | TXB | SAN MARCOS PREMIUM OUTLET | 3939 IH-35 South #780. San Marcos, TX 78666 | Century Link | Telephone Service | 300759173 | $ 60.00 |
| | | | | Bluebonnet Corp | Electricity | 5000068761 | $ 1,210.00 |
| | TXC | GALLERIA DALLAS | 13350 Dallas Parkway #3735. Dallas, TX 75240 | TXU Energy | Electricity | 900008949724 | $ 830.00 |
| | | | | AT&T | Telephone ( Long Distance) | 972-490-1100-695-1 | $ 280.00 |
| | | | | AT&T | Telephone ( U-Verse Internet) | 138436067-7 | $ 140.00 |
| | TXD | FIREWHEEL TOWN CENTER | 410 Coneflower Dr #N01. Garland, TX 75040 | Frontier Communication | Telephone Service | 972-675-2300-093005-5 | $ 370.00 |
| | TXF | RIVERCENTER MALL | 849 E. Commerce St #365. San Antonio, TX 78205 | Precision Waste Soultion LLC | Waste & Recycle Service | 30040 | $ 330.00 |
| | | | | AT&T | Telephone ( Long Distance) | 210-226-2100-133-7 | $ 280.00 |
| | | | | AT&T | Telephone ( U-Verse Internet) | 138436068 | $ 80.00 |
| | | | | CPS Energy | Electricity Service | 300-1802-163 | $ 650.00 |
| | TXH | ROUND ROCK PREMIUM OUTLET | 4401 North IH-35 #727. Round Rock, TX 78664 | Frontier Communication | Telephone Service | 512-930-5200-072706-5 | $ 340.00 |
| | TXI | RIO GRANDE VALLEY PREMIUM OUTLET | 5001 East Expressway 83 #309. Mercedes, TX 78570 | AT&T | Telephone ( Long Distance) | 956-565-1515-764-7 | $ 210.00 |
| | | | | Time Warner Cable | Cable Internet | 8260-18-011-0190012 | $ 130.00 |
| | TXJ | HOUSTON PREMIUM OUTLET | 29300 Hempstead Road #910. Cypress, TX 77433 | AT&T | Telephone ( Long Distance) | 281-758-1845-948-7 | $ 290.00 |
| | TXO | HILLSIDE VILLAGE | 305 W. FM 13825 #200 Cedar Hill, TX 75104 | AT&T | Telephone ( U-Verse Internet) | 135517956-4 | $ 180.00 |
| | | | | AT&T | Telephone ( Long Distance) | 972-291-4755-908-1 | $ 90.00 |
| | TXR | LA PLAZA | 2200 South 10th St. #P03, McAllen, TX 78503 | AT&T | Telephone ( Long Distance) | 956-686-7935-996-8 | $ 290.00 |
| | TXS | NORTH EAST MALL | 1101 Melbourne St. #3075 Hurst, TX 76053 | AT&T | Telephone ( U-Verse Internet) | 110737041-9 | $ 60.00 |
| | | | | City of Hurst | Water & Sewage Service | 08786 | $ 100.00 |
| | | | | AT&T | Telephone ( Long Distance) | 817-284-7100-399-4 | $ 150.00 |
| | TXT | CIELO VISTA MALL | 8401 Gateway Blvd West #E04A West El Paso, TX 79925 | AT&T | Telephone ( Long Distance) | 915-771-0800-733-4 | $ 170.00 |
| | | | | AT&T | Telephone ( U-Verse Internet) | 138436066-5 | $ 60.00 |
| | TXU | INGRAM PARK MALL | 6301 NW Loop 410 #H08 San Antonio, TX 78238 | AT&T | Telephone ( U-Verse Internet) | 136363524-5 | $ 120.00 |
| | | | | AT&T | Telephone ( Long Distance) | 210 509-8900-319-9 | $ 170.00 |
| | TXV | PARAGON OUTLET GRAND PRAIR | 2950 West Interstate 20, #900  Grand Praire, TX 75052 | TXU Energy | Electricity | 100023831896 | $ 1,790.00 |
| | | | | AT&T | Telephone ( Long Distance) | 210 509-8900-319-9 | $ 390.00 |
| | TXW | LA PALMERA MALL | 5488 S. Padre Island Dr #1338  Corpus Christi, TX 78411 | AT&T | Telephone ( Long Distance) | 361 993-9000-272-1 | $ 260.00 |
| | | | | AT&T | Telephone ( U-Verse Internet) | 122388841-7 | $ 50.00 |
| | | | | Verizon | Telephone ( Cell Bills ) | 320063921-00001 | $ 180.00 |
| | TXX | TANGER OUTLETS HOUSTON | 5885 Gulf Freeway #840, Texas City, TX 77591 | Frontier Communication | Telephone Service | 281-534-8300-021413-5 | $ 210.00 |
| | TXY | OUTLETS SHOPPESS AT EL PASO | 7051 S. Desert Blvd #D405  Canutillo, TX 79835 | AT&T | Telephone ( Long Distance) | 915-877-5110-861-0 | $ 130.00 |
| | | | | AT&T | Telephone ( U-Verse Internet) | 146955885-0 | $ 60.00 |
| | | | | IEM Inc Waste Management | Waste service | 5611150 | $ 570.00 |
| | | | | El Paso Outlet Center LLC | Electricity | D-405 | $ 1,180.00 |
| | TXZ | BROADWAY SQUARE | 4601 S. Broadway Ave  #C08  Tyler, TX 75703 | AT&T | Telephone ( U-Verse Internet) | 146955885-6 | $ 80.00 |
| | | | | AT&T | Telephone ( Long Distance) | 903-939-0188-951-9 | $ 130.00 |
| | TZA | THE OUTLET SHOPPES OF LARED | 1600 Waters St # A570  Laredo, TX 78040 | Granite Telecommunication | Telephone Service | 03693422 | $ 680.00 |
| | | | | IEM Inc Waste Management | Waste service | 11010031 | $ 800.00 |
| | TZB | THE OUTLETS AT CORPUS CHRISTI BAY | 500 N. IH 69  #605  Robstown, TX  78380 | Time Warner Cable | Cable Internet | 8260-18-087-0248802 | $ 250.00 |

| State | Store Code | Mall Name | Store Address | Name of Utility Company | Type | A/C # | Average Mo. Amt. / Proposed Deposit |
|---|---|---|---|---|---|---|---|
| | | | | City of Robstown Utility System | Electricity | 08-0415-00 | $    430.00 |
| VA | | | | | | | |
| | VAA | Potomac Mills | 2700 Potomac Mills Circle #619. Prince William, VA 22192 | Comcast | Telephone & Internet | 15011 599014-01-7 | $    250.00 |
| | | | | NOVEC | Electricity | 3181063-000 | $  1,240.00 |
| | VAF | Williamsburg Premium Outlets | 5625-165 Richmond Rd. Williamsburg, VA 23188 | Verizon | Telephone & Internet | 0006895866696 70Y | $    320.00 |
| | | | | Dominion Virginia Power | Electricity | 6769058557 | $    390.00 |
| | | | | Virginia Natural Gas | Gas | 3860675198 | $      50.00 |
| | VAG | Fair Oaks | 11934 U Fair Oaks. Fairfax, VA 22033 | Verizon | Telephone | 000790993747 16Y | $    220.00 |
| | | | | Granite Telecommunications | Internet | 03462223 | $    210.00 |
| | | | | Farifax Company of virginia LLC | Water | t0001180 | $      50.00 |
| | | | | IEM | Waste Disposal | 7310111 | $    390.00 |
| | | | | | | | $  116,356.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

Debtor's Pre-petition Store Depository Accounts and Pre-Petition Operating Accounts

| BANK | STORE | TYPE | ACCOUNT NO. | PURPOSE | ACCOUNT NAME | NOTES |
|------|-------|------|-------------|---------|--------------|-------|
|  |  |  |  |  |  |  |
| Bank of Hope |  | Checking | -6217 | Office Expense | Cornerstone Apparel Inc. | To close |
| Hanmi Bank |  | Checking | -5618 | Purchasing a/c | Cornerstone Apparel Inc. | To close |
| Bank of America |  | Saving #1 | -6586 | Construction fund | Cornerstone Apparel Inc. | To close |
| Bank of Hope |  | Saving #4 | -6989 | Saving | Cornerstone Apparel Inc. | To close |
| Hanmi Bank |  | Saving #5 | -5626 | Purchasing | Cornerstone Apparel Inc. | To close |
|  |  |  |  |  |  |  |
| Bank of America | CSAPA | Checking | -3791 | E-Commerce | Cornerstone Apparel Inc. |  |
| Bank of America | AZB | Checking | -5568 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | AZC,E | Checking | -5717 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | AZF | Checking | -3124 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAB,M | Checking | -8741 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAC | Checking | -4823 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAD | Checking | -465 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAE, L | Checking | -4052 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAG | Checking | -1261 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAH | Checking | -9671 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAI | Checking | -4608 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAK | Checking | -4922 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAP | Checking | -8756 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAR | Checking | -4741 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | CAS | Checking | -2713 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAT | Checking | -2766 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | CAU | Checking | -2764 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAY | Checking | -7360 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CAZ | Checking | -5999 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CBA | Checking | -7732 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CBC | Checking | -3137 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CBD | Checking | -8573 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CBE | Checking | -8348 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | C NA | Checking | -1157 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CNB | Checking | -1260 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |
| Bank of America | CNC | Checking | -4925 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bank of America | CNE | Checking | -2711 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | CNF | Checking | -5059 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Wells Fargo Bank | COA | Checking | -0516 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | FLA | Checking | -1211 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLB | Checking | -0087 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLD | Checking | -6494 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLE | Checking | -1262 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | FLF | Checking | -1265 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLI | Checking | -1125 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLJ | Checking | -6464 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLK | Checking | -4744 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | FLL | Checking | -2710 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLM | Checking | -2738 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLN | Checking | -2763 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLO | Checking | -5057 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | FLP | Checking | -7373 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLQ | Checking | -6008 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLS | Checking | -8042 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLT | Checking | -3108 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | FLU | Checking | -8364 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | GAA, D | Checking | -0088 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | GAB,C | Checking | -1127 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | GAE | Checking | -5627 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | GAG | Checking | -7399 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of Hawaii | HIE | Checking | -4630 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Capital One Bank | LAA | Checking | -0371 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | MDA | Checking | -2517 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | MDB | Checking | -2714 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | MDC | Checking | -2765 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | MOC | Checking | -8055 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | NCB | Checking | -5786 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | NJA | Checking | -0048 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |

| Bank of America | NYA | Checking | -8710 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | NYC | Checking | -2541 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | NYD | Checking | -4740 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | ORA | Checking | -4918 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | Store closed - a/c will be closed after outstanding checks are cleared |
| Bank of America | TNA | Checking | -1228 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TNB | Checking | -8335 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXA,C,D | Checking | -0089 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXB | Checking | -7891 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXI | Checking | -9003 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXJ | Checking | -5287 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXO | Checking | -1229 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXR | Checking | -5624 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXS | Checking | -5625 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXT | Checking | -5626 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXU | Checking | -2709 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXV | Checking | -5056 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXW | Checking | -5061 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXX | Checking | -0516 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXY | Checking | -7729 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TXZ | Checking | -3111 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TZA | Checking | -8322 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TZB | Checking | -8351 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | TZC | Checking | -5575 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | New a/c - Store to open in Oct 2017 |
| Bank of America | VAA | Checking | -1147 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | VAF | Checking | -5288 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | VAG | Checking | -6465 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | |
| Bank of America | VAH | Checking | -7719 | Store a/c | Cornerstone Apparel Inc. dba Papaya Clothing | New a/c - Store to open in July 2017 |