1  TIMOTHY J. YOO (SBN 155531)
   EVE H. KARASIK (SBN 155356)
2  JULIET Y. OH (SBN 211414)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
   Email: tjy@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com
5

6  Proposed Attorneys for Chapter 11 Debtor
   and Debtor in Possession
7

8

9                **UNITED STATES BANKRUPTCY COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11                 **LOS ANGELES DIVISION**

12

13  In re                          ) Case No. 2:17-bk-17292-VZ
                                    )
14  CORNERSTONE APPAREL, INC.,      ) Chapter 11
                                    )
15                                  )
                                    )
16              Debtor.             ) **DECLARATION OF EVE H. KARASIK**
                                    ) **IN SUPPORT OF DEBTOR'S MOTION**
17                                  ) **FOR AN ORDER EXTENDING TIME**
                                    ) **FOR DEBTOR TO (1) FILE SCHEDULES**
18                                  ) **OF ASSETS AND LIABILITIES AND**
                                    ) **STATEMENT OF FINANCIAL AFFAIRS;**
19                                  ) **AND (2) SUBMIT CREDITOR MATRIX**
                                    )
20                                  )
                                    )
21                                  ) [No Hearing Required Pursuant to Local
                                    ) Bankruptcy Rule 9013-1(p) (1)]
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )

26

27

28

                                    1

## DECLARATION OF EVE H. KARASIK

I, EVE H. KARASIK, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB").  I am over 18 years of age and an attorney licensed to practice law in the State of California and the United States District Court and the Bankruptcy Court for Central District of California. I have personal knowledge of the facts set forth below and, if called to testify as a witness, I could and would competently testify thereto.

3.      LNBYB is proposed bankruptcy counsel to Cornerstone Apparel, Inc. d/b/a Papaya Clothing, the Chapter 11 debtor and debtor-in-possession in the above- captioned case.

4.      On June 16, 2017 I filed the *Debtor's Motion For An Order Extending Time For Debtor To (1) File Schedules Of Assets And Liabilities And Statement Of Financial Affairs; And (2) Submit Creditor Matrix* [Doc. No. 17]. In that Motion at page 6, lines 12 to 13, I wrote that the Office of the United States Trustee had been contacted with respect to the relief requested in the Motion and had consented. While I did call and leave a message for Ms. Kelly Morrison, at the US Trustee's office on June 15, 2017, I did not speak with Ms. Morrison until after the Motion was filed on June 16, 2017. Accordingly, the representation that the U.S. Trustee consented to the requested relief was in error at the time the Motion was filed. I had intended to remove the statement that the U.S. Trustee had consented to the relief before the Motion was filed, but given the myriad issues involved with the chapter 11 filing, I simply forgot to remove the statement. I apologize for any confusion this error caused.

5.      After the Motion was filed, I spoke by telephone with Ms. Jill Sturtevant, and separately with Ms. Morrison and Mr. Ron Maroko of the Office of the U.S. Trustee. I apologized for the error and advised that I would file this Declaration to advise the Court.

6.      Subsequent to my telephone conversation with Ms. Morrison and Mr. Maroko, I received a voice mail from Ms. Morrison indicating that the U.S. Trustee had consented to the requested relief to give the Debtor an extension to file its Schedules Of Assets And Liabilities

1   And Statement Of Financial Affairs until July 13, 2017.  The Debtor filed the Creditor Matrix

2   with the Petition on June 15, 2017 so the requested relief with respect to the Creditor Matrix is

3   no longer needed.

4        Executed this 16th day of June 2017 at Los Angeles, California.

5

6                                                        */s/ Eve H. Karasik*
                                                         EVE H. KARASIK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **DECLARATION OF EVE H. KARASIK IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND (2) SUBMIT CREDITOR MATRIX** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com**
- **Eve H Karasik    ehk@lnbyb.com**
- **John W Kim    johnkim@jwklawgroup.com**
- **Kelly L Morrison    kelly.l.morrison@usdoj.gov**
- **Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com**
- **Ronald M Tucker    rtucker@simon.com,
  cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Timothy J Yoo    tjy@lnbyb.com**

**2.  SERVED BY UNITED STATES MAIL**: On **June 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1360 / Ctrm 1368
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2017 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:17-bk-17292-VZ
Central District of California

Cornerstone Apparel, Inc.
5807 Smithway Street
Los Angeles, CA 90040-1605

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204-3438

John W Kim
888 S. Figueora St., Suite 720
Los Angeles, CA 90017-5306

7-Jan
734 E. 12th St., #104
Los Angeles, CA 90074-0952

A Ellen
807 E. 12th St. #118
Los Angeles, CA 90021-2174

Active USA Inc.
1807 E. 48th Place
Los Angeles, CA 90058-1903

Ambiance Apparel
2415 E. 15th Street
Los Angeles, CA 90021-2936

American Supply Company.
1621 E. 27th Street
Los Angeles, CA 90011-2202

An, Michelle
561 Elm Avenue
Milpitas, CA 95035-3805

Annabelle
File 749269
Los Angeles, CA 90074-9269

Antelope Valley Mall LLC
c/o Forest City Commercial Mgmt
50 Public Square #700
Cleveland, OH 44113-2203

Arbor Place II LLC
c/o CBL & Associates
030 Hamilton Place Blvd, Suite 500
Chattanooga, TN 37421

Arbor Place II, LLC
c/o Evans Harrison Hackett PLLC
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402-2225

Asiana Capital, Inc.
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017-5602

BRE/Pearlridge LLC
c/o Washing Prime Group Inc.
180 East Broad Street
Columbus, OH 43215-3707

Bai, Stella and Hee Young
1756 Milano Montebello
Montebello, CA 90640

Be Cool
2055 E. 51st Street
Los Angeles, CA 90058-2818

Belinda / X.E.N.O.S
1138 S. Crocker St.
Los Angeles, CA 90021-2014

Bestline Lingerie / Youmita
3510 S. Central Ave.
Los Angeles, CA 90011-2522

Better Be
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017-5602

Blossom Inc.
P.O. Box 76327
Los Angeles, CA 90076-0327

CALS Collection / Xtaren
1122 Crocker St.,
Los Angeles, CA 90021-2014

Cape Robbin Inc.
18052 Rowland Street
City of Industry, CA 91748-1205

Carousel Center Company LP
c/o Pyramid Mgmt Group
4 Clinton Square
Syarcuse, NY 13202

Cassandra Silva
c/o Lawyers for Justice
18881 Von Karman Avenue, Suite 350
Irvine, CA 92612-6589

Cassandra Silva
c/o Lawyers for Justice
410 Arden Avenue #203
Glendale, CA 91203-4007

Cassandra Silva
c/o Lawyers for Justice
P.O. Box 845402
Los Angeles, CA 90084-0012

Center For Environmental Health
c/o Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117-2212

Chocolate U.S.A.
1150 S. Crocker Street
Los Angeles, CA 90021-2014

Choi, Jin Hwan and Mikyung Kelly
2202 Kennebunk Ln.
Tyler, TX 75703-0303

Choi, Sang Heub
16833 Abundante street
San Diego, CA 92127-3325

Choi, Suk Hwan and Sohyun
13673 Sweet Woodruff Ln.
Centreville, VA 20120-2602

Citrus Park Mall Owner LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747

Clackamas Mall LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Colorado Mills Mall Limited Partnership
225 W. Washington St
Indianapolis, IN 46204-3435

Contempo / Justine Taylor Inc. USA
13300 S. Figueroa St.
Los Angeles, CA 90061-1142

Cozy S&S Casual, LLC.
800 E. 12th St., Ste#146
Los Angeles, CA 90021-2246

DNA Couture, Inc. - C
747 E. 10th St., #102-103
Los Angeles, CA 90021-2255

DND Fashion Inc. / Anna Shoes
P.O. Box 1036
Charlotte, NC 28201-1036

Damo Clothing
P.O. Box 740952
Los Angeles, CA 90074-0952

Danbee, Inc.
3360 E. Pico Blvd
Los Angeles, CA 90023-3729

David & Young, Co.
P.O. Box 88926
Chicago, IL 60695-1926

De Novo Imports, Inc.
51 Hartz Way
Secaucus, NJ 07094-2424

Debut / Warehouse / Dreamers by debut
P.O. Box 741084
Los Angeles, CA 90074-1084

Desert Sky Mall LLC
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367-5039

Desert Sky Mall LLC and JCP Realty TIC L
c/o Macerich Company
403 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

Double Zero Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

Duelle Fashion, Inc.
File 749269
Los Angeles, CA 90074-9269

EWH Escondido Associates LP
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747

East Mesa Mall L.L.C.
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367-5039

East Mesa Mall LLC
c/o Macerich Company
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401-1452

Eighty One Enterprise Inc.
P.O. Box 1036
Charlotte, NC 28201-1036

Elegance Enterprise Corp.
P.O. Box 76327
Los Angeles, CA 90076-0327

Enjean
1001 Towne Ave., #105
Los Angeles, CA 90021-2088

Entry
P.O. Box 741084
Los Angeles, CA 90074-1084

Eunina / Pistola
3398 Leonis Blvd
Vernon, CA 90058-3014

Event
Dept. LA 24406
Pasadena, CA 91185-4406

Fabina LA, Inc. / Motive
110 E. 9th Street, Suite #B882
Los Angeles, CA 90079-3882

Fame Accessories
948 Crocker St., Suite 6
Los Angeles, CA 90021-2253

Fashion Art
1100 S. San Pedro St. # D-1
Los Angeles, CA 90015-2346

Finance One
801 S. Grand Ave., Suite 1000
Los Angeles, CA 90017-4643

Flying Tomato /Salt &Pepper Clothing,Inc
P.O. Box 741084
Los Angeles, CA 90074-1084

Fortune Dynamic
21923 Ferrero Parkway
City of Industry, CA 91789-5210

French Kiss
807 E. 12th Street, #144
Los Angeles, CA 90021-2176

G Mini
1015 S. Crocker St., #P-12
Los Angeles, CA 90021-2062

Ganji
1015 Crocker St., Suite R08
Los Angeles, CA 90021-2052

Gaze U.S.A., Inc. - Factor
P.O. Box 740952
Los Angeles, CA 90074-0952

General Business Credit
110 E. 9th St., Suite #A-1126
Los Angeles, CA 90079-2154

Glare Fashion
P.O. Box 741084
Los Angeles, CA 90074-1084

Good Morning Jewelry Corp.
45-47 W. 29th St., Suite 201
New York, NY 10001

HYFVE, Inc.  Double Zero
Dept. LA 24406
Pasadena, CA 91185-4406

Hana Financial. Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

Handbag Republic Inc.
18301 Arenth Ave.
City of Industry, CA 91748-1226

Heart & Hips
2424 E. 26th St.
Vernon, CA 90058

Illuma Fashion, Inc.
1141 S. Boyle Ave., Unit 201
Los Angeles, CA 90023-2147

Imperial Valley Mall II LP
c/o CBL & Associates
2030 Hamilton Place Blvd, Suite 500
Chattanooga, TN 37421-6000

Indigo Group USA Inc.
1457 E. Washinton Blvd.
Los Angeles, CA 90021-3039

Iris / K & L Wholesales, Corp.
3317 East 50th Street
Vernon, CA 90058-3003

Isabelle Handbags
P.O. Box 1036
Charlotte, CA 28201-1036

Itsme Jean, Inc.-No Factor
1100 S. San Pedro St., #L-1
Los Angeles, CA 90015-2353

Iwear, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

JC Fits, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084

Jennifer Accessories, Inc.
15 Salem Street
Hackensack, NJ 07601-5610

John & Grace Inc.
409 South River Street
Hackensack, NJ 07601-6616

Kim, Chong Hyuk and Kil Uya
1045 S Windyridge Ct.
Anaheim, CA 92808-2121

Kim, Dal Hang & Leslie N.
2309 Ridgewind Way
Windermere, FL 34786-5824

Kim, Hae Sook
1415 Mesa Verde
Fullerton, CA 92833-1339

Kim, Jonathan C and Jin Sook
2395 Devon Leigh Walk
Duluth, GA 30096-5871

Kim, Richard
4820 Ne 15th Ter.
Oakland Park, FL 33334-4220

King Kong Clothing, Inc. / Super B
Dept. LA 24406
Pasadena, CA 91185-4406

Knitwork Productions / American Attitude
P.O.Box 88926
Chicago, IL 60695-1926

L.A. Luo Cheng, Inc.
17181 E. Gale Ave.,
City of Industry, CA 91745-1817


Lee, Dong Soo & Ji Sun
6843 Helenite
Carlsbad, CA 92009-1731

Lee, Grace
c/o Suh Law Group, APC
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010-3227

Legend Footwear, Inc.
19445 E. Walnut Dr. North
City of Industry, CA 91789-2813


Like Dreams Inc.
1211 Long Beach Ave., #201
Los Angeles, CA 90021-2342

Love Republic
1172 S. Crocker Street
Los Angeles, CA 90021-2014

Macerich Lakewood LP
P.O. Box 2172
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401-1452


Macerich Lakewood LP
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367-5039

Macerich Lakewood LP
c/o Macerich Company
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401-1452

Machine Jeans
P.O. Box 741084
Los Angeles, CA 90074-1084


May Pink
File 740952
Los Angeles, CA 90074-0952

Mezzanine USA Inc.
1015 S. Crocker St., #R-29
Los Angeles, CA 90021-2067

Mika Accessories
29 West 30th Street, 7th Fl.
New York, NY 10001-4470


Mind Code / MJC Connection Inc.
732 E. 10th St., Unit 108
Los Angeles, CA 90021-2270

Miss Avenue
776 E. 10th Street  #121
Los Angeles, CA 90074-0952

Mission Valley Shoppingtown LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747


Monaco - Factor
P.O. Box 740952
Los Angeles, CA 90074-0952

Monteau Women's Apparel
2315 S. Santa Fe Ave.
Los Angeles, CA 90058-1154

My Story / Event
Dept. LA 24406
Pasadena, CA 91185-4406


N.F. USA Inc.
619 E. Washington Blvd. Suite A
Los Angeles, CA 90015-3724

New Commercial Capital, Inc.
3530 Wilshire Blvd. #380
Los Angeles, CA 90010-2344

Newage PHM LLC
411 E. Huntington Dr., #305
Arcadia, CA 91006-3736


Noble U / The Propose, Inc.
1015 S. Crocker Street, #R-21
Los Angeles, CA 90021-2066

Nu Luuk
110 E. 9th St., Suite #A-1126
Los Angeles, CA 90079-2154

OHS-dba ohyes fashion
3500 S. San Pedro St.,
Los Angeles, CA 90011-2439


OMG Accessories
P.O. Box 1036
Charlotte, NC 28201-1036

Oboe
1015 S. Crocker Street, #R-34
Los Angeles, CA 90021-2067

Olive Tree Mode, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084

Oppo Original Corp
Dept. LA 24406
Pasadena, CA 91185-4406

Outlet Mall of Savannah LLC
3200 Northline Ave. #360
Greensboro, NC 27408-7612

Papermoon / J & E
Trading USA, LLC
1100 S. San Pedro St., #A-4
Los Angeles, CA 90074-1084


Paradise Valley Mall SPE LLC
c/o David M. Cohen APC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367-5039

Paragon Design
477 S. Dean St.
Englewood, NJ 07631-4920

Parks at Arlington LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511


Parkway Plaza LP
c/o Starwood Capital Group
591 West Putnam Avenue
Greenwich, CT 06830-6005

Parvenue
File 51084
Los Angeles, CA 90074-1084

Pink Bud, Inc.
P.O. Box 740952
Los Angeles, CA 90074-0952


Pink By Ele
1018 Wilt Ave.
Ridgefield, NJ 07657-1512

Pink Cosmo Inc.
1153 S. Greenwood Ave.
Montebello, CA 90640-6003

Plaza Bonita LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747


Plaza Bonita LLC
c/o Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, CA 92101-4521

Popular Basics
1261 S. Boyle Ave.
Los Angeles, CA 90023-2601

Pretty Knit
130 East Jefferson Blvd.
Los Angeles, CA 90011-2331


Prime Business Credit, Inc.
P.O. Box 741084
Los Angeles, CA 90074-1084

Pyramid Wanden Company LP
c/o Pyramid Mgmt Group
4 Clinton Square
Syarcuse, NY 13202

RFA Holding Group LLC / The RFA Group
P.O. Box 1036
Charlotte, NC 28201-1036


RJ Imports
1350 S. Broadway
Los Angeles, CA 90015-3036

RM Manufacturing Co.
7401 N. Oak Park Avenue
Niles, IL 60714-3817

Raggs 2 Riches dba Four Girlz
1926 E. 14th St.
Los Angeles, CA 90021-2808


Reflex
1100 S. San Pedro St., # D-4
Los Angeles, CA 90015-2346

Rhapsody Clothing Inc.
P.O. Box 1036
Charlotte, CA 28201-1036

Rosenthal & Rosenthal, Inc.
P.O. Box 88926
Chicago, IL 60695-1926


SDG Accessories
800 E. 12th St. Suite #401
Los Angeles, CA 90021-2248

SM Apparel / Mango Tree
2120 Long Beach Ave.
Vernon, CA 90058-1024

SMAC Inc.
5101 Commerce Drive
Baldwin Park, CA 91706-1451


Santa Anita Fashion Park LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747

Seminole Towne Center Limited Partnershi
c/o Washing Prime Group Inc.
180 East Broad Street
Columbus, OH 43215-3707

Seo, Choon Hee
1103 Creekside Drive
Fullerton, CA 92833-2173

Shark Eyes, Inc.
2110 East 25th Street
Vernon, CA 90058-1126

Shin, Min Chul and Sookyeon
6529 Marblewing Dr.
Corpus Christi, TX 78414-6094

Sneak Peek
1016 Towne Ave., #118
Los Angeles, CA 90021-2098


Something Special / Intraco, Inc.
6333 Corsair Street
Commerce, CA 90040-2503

Spotsylvania Mall Company
5577 Youngstown-Warren Road
Niles, OH 44446-4803

Style Melody, Inc. / Lovetree
110 E. 9th Street, Suite #A-1126
Los Angeles, CA 90079-2154


Superline Ladies Apparel
1100 S. San Pedro St., #B3 & B4
Los Angeles, CA 90015-2327

SweetRain Apparel, / dba Jump Clothing
2615 Fruitland Ave.
Vernon, CA 90058-2219

TBB Orlando LLC
c/o Mall Management Office
3201 E. Colonial Dt.
Orlando, FL 32803-5140


TM Wellington Green Mall LP
591 West Putnam Avenue
Greenwich, CT 06830-6005

Tanger National Harbor LLC
3200 Northline Ave. #360
Greensboro, NC 27408-7612

Team Air Express
P.O. Box 668
Winnsboro, TX 75494-0668


Teenbell
906 E. 60th Street
Los Angeles, CA 90001-1017

Temecula Towne Center Associates LLC
50 Public Square, Suite 1360
Cleveland, OH 44113-2233

The CIT Group Commercial Services I
P.O. Box 1036
Charlotte, NC 28201-1036


The Timing, Inc
P.O. Box 741084
Los Angeles, CA 90074-1084

The Vintage Shop
P.O. Box 741084
Los Angeles, CA 90074-1084

Trac
1100 S. San Pedro St., Unit N-09
Los Angeles, CA 90015-2355


Tres Bien
Dept. LA 24406
Pasadena, CA 91185-4406

Trio Trading
605 S, Milliken Ave,m #E
Ontario, CA 91761-8101

Trust International CHB.
12140 Artesia Blvd., Ste #208
Artesia, CA 90701-4055


U & I Import, Inc.
33 New Bridge Road
Bergenfield, NJ 07621-4305

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Vivace Design Inc.
726 E. 12th St., #116
Los Angeles, CA 90021-2139


WEA Palm Desert LLC
11601 Wilshire Blvd. 11th fl.
Los Angeles, CA 90025-1747

Wax Jean
Attn: Steve Noh
930 Towne Ave.
Los Angeles, CA 90021

Westday Associates Limited Partnership
c/o Macerich Company
402 Wilshire Blvd., Suite 700
Santa Monica, CA 90401


Yi, Kenneth & Nicole
2310 Camino Monte
Fullerton, CA 92833-1328

Zenana / KC Exclusive, Inc.
P.O. Box 740952
Los Angeles, CA 90074-0952

edgemine, Inc.
1801 E. 50th Street
Los Angeles, CA 90058-1940