**U.S. Bankruptcy Court**
**Central District of California**
**(Los Angeles)**

| | |
|---|---|
| In Re:<br><br>**Cornerstone Apparel, Inc.**<br>*dba* **Papaya Clothing**<br><br><br><br>Debtor(s). | Chapter   11<br><br>Case No.  **2:17-bk-17292-VZ** |

## REQUEST FOR SPECIAL NOTICE

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent, hereby enters her request pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**GGP Limited Partnership, as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place her name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 17th day of June, 2017.

Respectfully submitted,

_____/s/ Kristen N. Pate_____
Kristen N. Pate
Sr. Associate General Counsel
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL  60606
(312) 960-2940
(312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

To:

**Clerk**
**United States Bankruptcy Court**
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street, Room 940
Los Angeles, CA 90012

**Eve H Karasik**
**Juliet Y Oh**
**Timothy J Yoo**
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067
Email: ehk@lnbyb.com
Email: jyo@lnbrb.com
Email: tjy@lnbyb.com

**Kelly L Morrison**
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Email: kelly.l.morrison@usdoj.gov

**U.S. Bankruptcy Trustee**
**915 Wilshire Blvd., Suite 1850**
**Los Angeles, CA  90017**

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing REQUEST FOR SPECIAL NOTICE was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 17th day of June, 2017.

      /s/  Julie Minnick Bowden
      Julie Minnick Bowden