PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CORNERSTONE APPAREL, INC.,<br><br>Debtor. | Case No.: 2:17-bk-17292-VZ<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365 AND ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES**<br><br>**Hearing:**<br>DATE:  June 20, 2017<br>TIME:  1:30 p.m.<br>CTRM:  255 E. Temple Street, 1368<br>         Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND DEBTOR'S ATTORNEY, CREDITORS AND ALL PARTIES IN INTEREST:

///

///

///

- 1 -

The United States Trustee ("U.S. Trustee") hereby submits his limited opposition ("Limited Opposition") to the Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Reject Certain Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365 and Abandon any Remaining Personal Property Located at the Leased Premises (the "Lease Rejection Motion").

## ARGUMENT

### A. The Lease Rejection Motion Lacks Full Disclosure About the Personal Property Debtor Proposes to Abandon.

Pursuant to the Lease Rejection Motion, Debtor seeks Court approval to abandon certain personal property located at the leased premises that are subject to Debtor's lease rejection proposal.

The Debtor has failed to articulate the urgency for this request. The Debtor also has failed to define, in any way at all, exactly what sort of personal property it proposes to abandon. Finally, the Debtor has not identified who, or what entity, the property will be abandoned to, or the mechanism for such proposed abandonment.

The U.S. Trustee suggests that the Debtor further clarify the request for the proposed abandonment and support the urgency of such request.

## CONCLUSION

Based on the foregoing, the United States Trustee prays that this Court deny the abandonment request in the Lease Rejection Motion unless and until the above concerns are adequately addressed.

WHEREFORE, the U.S. Trustee requests this Court deny, in part, the Lease Rejection Motion, on the terms and conditions outlined therein.

DATED: June 19, 2017

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ KELLY L. MORRISON
Trial Attorney

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365 AND ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 19, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2017 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
    Ronald E Gold, creditor's counsel, rgold@fbtlaw.com, joguinn@fbtlaw.com
    Eve H Karasik, debtor's counsel, ehk@lnbyb.com
    John W Kim, creditor's counsel, johnkim@jwklawgroup.com
    Kelly L Morrison, counsel for UST, kelly.l.morrison@usdoj.gov
    Juliet Y Oh, debtor's counsel, jyo@lnbrb.com, jyo@lnbrb.com
    Kristen N Pate, creditor's counsel, ggpbk@ggp.com
    Christopher E Prince, creditor's counsel, cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
    Benjamin Seigel, creditor's counsel, bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
    Ronald M Tucker, creditor's counsel, rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
    United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
    Timothy J Yoo, debtor's counsel, tjy@lnbyb.com

    *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

    **Debtor:**
    Cornerstone Apparel, Inc.
    5807 Smithway Street
    Los Angeles, CA 90040

3. **SERVED BY PERSONAL DELIVERY**

    Judge's Copy
    Honorable Vincent P. Zurzolo
    U.S. Bankruptcy Court
    255 E. Temple Street, Suite 1360
    Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE