1  TIMOTHY J. YOO (SBN 155531)
2  EVE H. KARASIK (SBN 155356)
   JULIET Y. OH (SBN 211414)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
5  Email: tjy@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com
6
   Proposed Attorneys for Chapter 11 Debtor
7  and Debtor in Possession

**FILED & ENTERED**

**JUN 19 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY walter     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CORNERSTONE, APPAREL, INC.,<br><br>        Debtor. | Case No. 2:17-bk-17292-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS; AND (2) SUBMIT CREDITOR MATRIX**<br><br>[No Hearing Required No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)(1)] |

1

The Court having considered the Motion (the "Motion") filed by Cornerstone Apparel, Inc., the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case, seeking an extension of time within which the Debtor must (1) file its Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA"); and (2) submit its creditor matrix (the "Matrix") and the Declaration of Tae Yi filed in support of the Motion, and good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted in its entirety; and

2. The deadline for the Debtor to file its Schedules, SOFA and Matrix in its bankruptcy case, is extended until July 13, 2017.

### 

Date: June 19, 2017

Vincent P. Zurzolo
United States Bankruptcy Judge