TIMOTHY J. YOO (SBN 155531)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-17292-VZ |
| CORNERSTONE APPAREL, INC. d/b/a Papaya Clothing, | Chapter 11 |
| Debtor. | **DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS** |
| | Date: June 20, 2017<br>Time: 1:30 p.m.<br>Courtroom: 1368<br>Location: 255 E. Temple Street<br>Los Angeles, California |

**DECLARATION OF STEPHANIE REICHERT**

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and not a party to these bankruptcy cases and am an employee of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtors and debtors in possession.

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. On June 15, 2017, the Debtor filed the following Emergency Motions and related pleadings:

   (i) *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers* [Docket No. 2]

   (ii) *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366 (the "Utility Motion")* [Docket No.3 ]

   (iii) *Debtor's Emergency Motion For Entry Of An Order Authorizing The Debtors To Implement And Maintain Cash Management System* [Docket No. 4]

   (iv) *Emergency Motion For Entry Of An Order Authorizing Debtor To Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365 And Abandon Any Remaining Personal Property Located At The Leased Premises (the "Lease Rejection Motion")* [Docket No. 5]

   (v) *Omnibus Declaration Of Tae Yi In Support Of Debtor's Emergency "First Day" Motions (the "Yi Declaration")* [Docket No. 6]

   (vi) *Notice of Hearing on Debtor's Emergency "First Day" Motions (the "Notice of Hearing")* [Docket No. 7]

4. On June 15, 2017, all of the above Emergency Motions and related pleadings were served via overnight mail upon the Debtor's twenty largest creditors, any alleged secured creditors, and the Office of the United States Trustee. Attached hereto as Exhibit "A" is the

1 service list in the above Chapter 11 case showing the addresses to which the Emergency Motions
2 and related pleadings were served via overnight delivery on June 15, 2017.

3    5.   Additionally, on June 15, 2017 the Utility Motion, the Yi Declaration, and the
4 Notice of Hearing were also served via overnight mail upon all utility companies affected by the
5 Utility Motion. Attached hereto as Exhibit "B" is the overnight service list of utility providers in
6 the above Chapter 11 case.

7    6.   Additionally, on June 15, 2017 the Lease Rejection Motion, the Yi Declaration,
8 and the Notice of Hearing were also served via overnight mail upon all landlords affected by the
9 Lease Rejection Motion. Attached hereto as Exhibit "C" is the overnight service list of the
10 affected landlords in the above Chapter 11 case.

11    7.   Attached hereto as Exhibit "D" is a list of the available telephone numbers which
12 were used to contact said creditors, utility providers, and affected landlords to inform them either
13 personally, through their assistants, or via voicemail of the June 20, 2017 at 1:30 p.m. hearing on
14 the Emergency Motions. Telephonic service was provided to said creditors, utility providers,
15 and affected landlords by the end of the day on June 15, 2017.

16    8.   Furthermore, on June 16, 2017, the Debtor filed the following Emergency Motion
17 and related Notice:

18    (i)    *Debtor's Emergency Motion For Authority To Pay Pre-Petition Priority*
19           *Wages (the "Wage Motion")* [Docket No. 21]
20    (ii)   *Notice Of Hearing On Debtor's Emergency Motion For Authority To Pay*
21           *Pre-Petition Priority Wages* [Docket No. 22]

22    9.   On June 16, 2017, the Wage Motion and Notice of Hearing on Debtor's Wage
23 Motion were served via overnight mail upon the service list attached hereto as Exhibit "A".

24    I declare under penalty of perjury under the laws of the United States of America that the
25 foregoing is true and correct to the best of my knowledge. Executed this 19th day of June 2017,
26 at Los Angeles, California.

27

28                                                                */s/ Stephanie Reichert*
                                                                  STEPHANIE REICHERT

3

# EXHIBIT "A"

Cornerstone Apparel, Inc.
Top 20 and Alleged Secureds

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

Bank of America, N.A.
2059 Northlake Parkway 3 North
Tucker, GA 30084

Eklecco Newco, LLC
4 Clinton Square
Syracuse, NY 13202

Ambiance Apparel
2415 E. 15th Street
Los Angeles, CA 90021

Chocolate U.S.A.
1150 S. Crocker Street
Los Angeles, CA 90021

Wax Jean
2415 E. 15th Street
Los Angeles, CA 90021

Iris / K & L
Wholesales, Corp.
3317 East 50th Street
Vernon, CA 90058

Fashion Art
1100 S. San Pedro St. # D-1
Los Angeles, CA 90015

Itsme Jean, Inc.- No Factor
1100 S. San Pedro St., #L-1
Los Angeles, CA 90015

DNA Couture, Inc.
747 E. 10th St., #102-103
Los Angeles, CA 90021

edgemine, Inc.
1801 E. 50th Street
Los Angeles, CA 90058

Reflex
1100 S. San Pedro St., # D-4
Los Angeles, CA 90015

Heart & Hips
Dept. LA 24406
Pasadena, CA 91185-4406

Belinda / X.E.N.O.S
1138 S. Crocker St.
Los Angeles, CA 90021

Active USA Inc.
1807 E. 48th Place
Los Angeles, CA 90058

Blossom Inc.
P.O. Box 76327
Los Angeles, CA 90076

Style Melody, Inc. / Lovetree
110 E. 9th Street, Suite #A-1126
Los Angeles, CA 90079

Danbee, Inc.
3360 E. Pico Blvd
Los Angeles, CA 90023

Papermoon / J & E
Trading USA, LLC
1101 S. San Pedro St., #A-4
Los Angeles, CA 90074-1084

Miss Avenue
776 E. 10th Street, #121
Los Angeles, CA 90074-0952

Parks at Arlington LLC
110 N. Wacker Dr.
Chicago, IL 60606

HYFVE, Inc. (Double Zero)
Dept. LA 24406
Pasadena, CA 91185-4406

Parkway Plaza LP
c/o Starwood Capital Group
591 West Putnam Avenue
Greenwich, CT 06830

Wax Jean
Attn: Steve Noh
930 Towne Ave.
Los Angeles, CA 90021

Heart & Hips
2424 E. 26th St.
Vernon, CA 90058

Papermoon / J & E
Trading USA, LLC
1100 S. San Pedro St., #A-4
Los Angeles, CA 90074-1084

# EXHIBIT "B"

**Utility Providers:**

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

AAA Rubbish Inc.
P.O. Box 2158
Bell Gardens, CA 90202

Ameren Missouri
P.O. BOX 790352
St. Louis, MO 63179-0352

AT&T
P.O. BOX 105262
Atlanta, GA 30348-5062

AT&T
P.O. BOX 105068
Atlanta, GA 30348-5068

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T U-verse
P.O. Box 5014
Carolstream, IL 60197-5014

AT&T
P.O. BOX 5019
Carolstream, IL 60197-5019

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

AT&T
P.O. Box 105414
Atlanta, GA 30348-5414

AT&T Long Distance
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

BCE
P.O BOX 1475
Baltimore, MD 21203

Bluebonnet Corp
P.O. Box 240
Giddings, TX 78942-0240

California Water Service
2000 S. Tubeway Ave
Commerce, CA 90040

Centerpoint Energy
P.O. Box 4583
Houston, TX 77210-4583

Century Link
P.O. BOX 91155
Seattle, WA 98111-9255

Century Link
P.O. Box 1319
Charlotte, NC 28201

Century Link
P.O Box 4300
Carol Stream, IL 60197

Charter
P.O. BOX 60229
Los Angeles, CA 90060-0229

City of Clearwater
P.O. Box 30020
Tampa, FL 33630

City of Fort Myers.
2925 Dr. Martin Luther King, Jr. Blvd
Fort Myers, Fl 33916

City of Hialeah
3700 West 4th Ave
Hialeah, FL 33012

City of Hurst
1505 Precinct Line Rd 1st Fl.
Hurst, Texas 76054

City of Robstown Utility System
P.O. Box 71
Robstown, TX 78380

Comcast
P.O. Box 530099
Atlanta, GA 30353-0099

Comcast
1701 John F Kennedy Blvd.
Philadelphia, PA 19103

Coral Springs Improve District
10300 NW 11th Manor
Coral Springs, FL 33071

CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001

| | | |
|---|---|---|
| Dominion Virginia Power<br>P.O. BOX 26543<br>Richmond, VA 23290-0001 | Duke Energy<br>P.O. Box 1004<br>Charlotte, NC 28201 | El Paso Outlet Center LLC<br>5902 Paysphere Circle<br>Chicago, IL 60674 |
| Farifax Company of virginia LLC<br>Dept 56501 P.O. BOX 67000<br>Detroit, MI 48267-0002 | Florida Power & Light Company<br>General Mail Facility<br>Miami, FL 33188-0001 | Frontier<br>P.O. BOX 740407<br>Cinccinati, OH 45274-0407 |
| Frontier Communication<br>P.O. BOX 740407<br>Cinccinati, OH 45274-0407 | Georgia Natural Gas<br>P.O BOX 105445<br>Atlanta, GA 30348 | Georgia Power Company<br>96 Annex<br>Atlanta, GA 30396 |
| Granite Telecommunications<br>100 Newport Ave Ext.<br>Quincy, MA 02171 | Hawaiian Electric<br>P.O. Box 3978<br>Honolulu, HI 96812-3978 | Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu, HI 96820 |
| IEM<br>24516 Network Place<br>Chicago, IL 60673-1245 | IEM Inc Waste Management<br>24516 Network Place<br>Chicago, IL 60673-1245 | IEM, INC<br>P.O. Box 2252<br>Birmingham, AL 35246-1204 |
| Imperial Irrigation District<br>P.O. Box 937<br>333 East Barioni Blvd.<br>Imperial, CA 92251-0937 | International Environment<br>Management, Inc.<br>24516 Network Place<br>Chicago, IL 60673-1245 | International Environmental Mgmt<br>145 Day Hill Road<br>Windsor, CT 06095 |
| Keter Environmental Service, Inc.<br>P.O. Box 417468<br>Boston, MA 02241-7468 | Keter Environmental Services<br>4 High Ridge Park #202<br>Stamford, CT 06905 | Los Angeles Department of<br>Water&Power<br>P.O. Box 30808<br>Los Angeles, CA 90030-0808 |
| MCI<br>P.O. Box 15043<br>ALBANY, NY 12212-5043 | MEMPHIS LIGHT<br>P.O. BOX 388<br>Memphis, TN 38145 | Miele Sanitation Co.<br>P.O. BOX 321<br>New City, NY 10956-0321 |
| NOVEC<br>P.O. BOX 2710<br>Manassas, VA 20108-0875 | Orange and Rockland Electric<br>Company<br>390 West Route 59<br>Spring Valley, NY 10977-5320 | Orlando Utilities Commission<br>P.O. Box 31329<br>Tampa, FL 33631-3329 |
| PE & E<br>111 Almaden Blvd<br>San Jose, CA 95113 | Pepco<br>P.O Box 13608<br>Philadelphia, PA 19101 | Precision Waste Soultion LLC<br>P. O Box 18856<br>Shreveport, LA 71138 |

Red River Sanitors  
P.O. BOX 78329  
Shreveport, LA 71137-8329

San Diego Gas & Electric  
P.O. Box 25111  
Santa Ana, CA 92799-5111

Sawnee Electric Membership  
P.O. Box 2252  
Birmingham, AL 35246-1204

Single Digits Inc  
4 Bedford Farms Dr.  
Suite 210  
Bedford, NH 03110

Southern California Edison Company  
P.O. Box 300  
Rosemead, CA 91772

Southeastern Electric Power  
P.O. BOX 24401  
Canton, OH 44701-4401

Sunshine Recycling  
P.O. Box 531672  
Atlanta, GA 30353-1672

Teco/Tampa Electric  
P.O. Box 31318  
Tampa, FL 33631-3318

Time Warner Cable  
P.O. Box 60074  
City of Industry, CA 91716-0074

TXU Energy  
P.O. Box 650638  
Dallas, TX 75265-0638

Tyco Integrated Security LLC.  
P.O. Box 371967  
Pittsburgh, PA 15250-7967

Verizon  
P.O. BOX 4001  
Acworth, GA 30101

Verizon  
P.O. BOX 4830  
Trenton, NJ 08650

Verizon  
P.O. BOX 4833  
Trenton, NJ 08650-4833

Verizon  
P.O. BOX 15124  
Albany, NY 12212-5124

Verizon  
P.O Box 4003  
Actworth, GA 30101

Verizon Wireless  
P.O. Box 660108  
Dallas, TX 75266-0108

Virginia Natural Gas  
P.O. BOX 5409  
Carol Stream, IL 60197-5409

VLAN24 Inc.  
650 S Grand Ave, #1401  
Los Angeles, CA 90017

Waste Connetions of Florida  
P.O. Box 5278  
Carol Stream, IL 60197-5278

Waste Management of Florida  
P.O. Box 105453  
Atlanta, GA 30348

Windstream  
P.O. Box 9001908  
Louisville, KY 40290-1908

# EXHIBIT "C"

**Affected Landlords:**

| | | |
|---|---|---|
| Tucson Premium Outlets LLC<br>225 W. Washington St<br>Indianapolis, Indiana 46204 | EMI Santa Rosa Limited Partnership<br>225 W. Washington St<br>Indianapolis, Indiana 46204 | Roseville Shoppingtown LLC<br>11601 Wilshire Blvd., 11th Fl.<br>Los Angeles, California 90025 |
| Paragon Outlet White Marsh LLC<br>217 East Redwood St., 21st Fl.<br>Baltimore, Maryland 21202 | Opry Mills Mall Limited Partnership<br>225 W. Washington St<br>Indianapolis, Indiana 46204 | Galleria at Wolfchase LLC<br>225 W. Washington St.<br>Indianapolis, Indiana 46204 |
| New Rivercenter Mall II, LP<br>849 E. Commerce, Suite 895<br>San Antonio, Texas 78205 | Paragon Outlets Rosenberg Limited Partnership<br>217 East Redwood St., 21st Fl.<br>Baltimore, Maryland 21202 | East Mesa Mall LLC<br>c/o Macerich Company<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 |
| Westday Associates Limited Partnership<br>c/o Macerich Company<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 | Desert Sky Mall LLC and JCP Realty TIC LLC<br>c/o Macerich Company<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 | Temecula Towne Center Associates LLC<br>50 Public Square, Suite 1360<br>Cleveland, Ohio 44113 |
| Newage PHM LLC<br>411 E. Huntington Dr., #305<br>Arcadia, California 91006 | Macerich Lakewood LP<br>c/o Macerich Company<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 | Imperial Valley Mall II LP<br>c/o CBL & Associates<br>2030 Hamilton Place Blvd, Suite 500<br>Chattanooga, Tennessee 37421 |
| Santa Anita Fashion Park LLC<br>11601 Wilshire Blvd. 11th fl.<br>Los Angeles, California 90025 | Parkway Plaza LP<br>c/o Starwood Capital Group<br>591 West Putnam Avenue<br>Greenwich, CT 06830 | Antelope Valley Mall LLC<br>c/o Forest City Commercial Mgmt<br>50 Public Square #700<br>Cleveland, Ohio 44113 |
| Colorado Mills Mall Limited Partnership<br>225 W. Washington St<br>Indianapolis, Indiana 46204 | Seminole Towne Center Limited Partnership<br>c/o Washing Prime Group Inc.<br>180 East Broad Street<br>Columbus, Ohio 43215 | TM Wellington Green Mall LP<br>591 West Putnam Avenue<br>Greenwich, CT 06830 |
| Citrus Park Mall Owner LLC<br>11601 Wilshire Blvd., 11th Fl.<br>Los Angeles, California 90025 | Arbor Place II LLC<br>c/o CBL & Associates<br>2030 Hamilton Place Blvd, Suite 500<br>Chattanooga, Tennessee 37421 | Outlet Mall of Savannah LLC<br>3200 Northline Ave. #360<br>Greensboro, North Carolina 27408 |
| Tanger National Harbor LLC<br>3200 Northline Ave. #360<br>Greensboro, North Carolina 27408 | Pyramid Wanden Company LP<br>c/o Pyramid Mgmt Group<br>4 Clinton Square<br>Syracuse, New York 13202 | Carousel Center Company LP<br>c/o Pyramid Mgmt Group<br>4 Clinton Square<br>Syracuse, New York 13202 |
| Clackamas Mall LLC<br>110 N. Wacker Dr.<br>Chicago, Illinois 60606 | Parks at Arlington LLC<br>110 N. Wacker Dr.<br>Chicago, Illinois 60606 | Spotsylvania Mall Company<br>5577 Youngstown-Warren Road<br>Niles, Ohio 44446 |

# EXHIBIT "D"

Cornerstone Apparel, Inc. (8096)
Top 20 and Alleged Secureds
Telephone Nos.

| | | |
|---|---|---|
| United States Trustee<br>Phone: (213) 894-6811 | Bank of America, N.A.<br>Phone: (800) 260-8070 | Eklecco Newco, LLC<br>Phone: (315) 422-7000 |
| Ambiance Apparel<br>Phone: 323) 587-0007 x123 | Chocolate U.S.A.<br>Phone: (213) 749-3816 | Wax Jean<br>Phone: (213) 765-9600 |
| Iris / K & L Wholesales, Corp.<br>Phone: 323) 231-7773 | Fashion Art<br>Phone: (213) 748-1095 | Itsme Jean, Inc.- No Factor<br>Phone: (213) 747-4748 |
| DNA Couture, Inc.<br>Phone: (213) 239-5677 | edgemine, Inc.<br>Phone: (323) 267-8222 x141 | Reflex<br>Phone: (213) 746-1185 |
| Heart & Hips<br>Phone: (323) 584-5900 | Belinda / X.E.N.O.S<br>Phone: (213) 748-6088 | Active USA Inc.<br>Phone: (213) 746-4754 |
| Blossom Inc.<br>Phone: (213) 265-7999 | Style Melody, Inc. / Lovetree<br>Phone: (323) 589-8801 | Danbee, Inc.<br>Phone: (323) 780-0077 |
| Papermoon / J & E Trading USA, LLC<br>Phone: (213) 741-2121 | Miss Avenue<br>Phone: (213) 493-4293 | Parks at Arlington LLC<br>Phone: (312) 960-5000 |
| HYFVE, Inc. (Double Zero)<br>Phone: (323) 234-6000 | Parkway Plaza LP<br>c/o Starwood Capital Group<br>Phone: (248) 258-6800 | |

**Utility Providers Telephone Nos.**

AAA Rubbish Inc.
Phone: 562-927-9669

Ameren Missouri
Phone: 1-800-552-7583

AT & T
Phone: 1-888-944-0447

AT & T
Phone: 1-866-620-6000

AT & T
Phone: 888-288-8339

AT&T
Phone: 1-800-559-7928

AT & T
Phone: 1-866-620-6000

AT & T
Phone: 1-888-944-0447

AT & T
Phone: 1-800-235-7524

AT & T U-verse
Phone: 888-288-8339

At&t
Phone: 1-800-321-2000

AT&T
Phone: 1-800-235-7524

At&t Mobility
Phone: 1-800-331-0500

At&t Long Distance
Phone: 1-877-366-3200

California Water Service
Phone: 323-722-8601

BCE
Phone: 800-685-0123

Bluebonnet Corp
Phone: 1-800-842-7708

Century Link
Phone: 1-800-786-6272

Centerpoint Energy
Phone: 866-275-5252

Century Link
Phone: 1-877-453-9407

City of Clearwater
Phone: 727-562-4600

Century Link
Phone: 1-800-201-4102

Charter
Phone: 1-855-706-7188

City of Hurst
Phone: 817-788-7040

City of Fort Myers.
Phone: 239-321-8100

City of Hialeah
Phone: 305-556-3700

Comcast
Phone: 855-653-4848

City of Robstown Utility System
Phone: 361-387-3131

Comcast
Phone: 800-391-3000

CPS Energy
Phone: 1-855-290-7615

| | | |
|---|---|---|
| Coral Springs Improve District<br>Phone: 954-753-0330 | El Paso Outlet Center LLC<br>Phone: | Dominion Virginia Power<br>Phone: 1-866-366-4357 |
| Duke Energy<br>Phone: 1-877-372-8477 | Florida Power & Light Company<br>Phone: 1-800-375-2434 | Fairfax Company of Virginia LLC<br>Phone: 844-370-3685 |
| Florida Power & Light Company<br>Phone: 305-442-0388 | Frontier<br>Phone: 1-800-921-8102 | Florida Power & Light Company<br>Phone: 954-581-5668 |
| Frontier<br>Phone: 1-800-801-6652 | Georgia Natural Gas<br>Phone: 1-877-850-6200 | Frontier Communication<br>Phone: 1-800-801-6652 |
| Frontier Communications<br>Phone: 1-800-921-8102 | Hawaiian Electric<br>Phone: 808-548-7311 | Georgia Power Company<br>Phone: 1-888-655-5888 |
| Granite Telecommunications<br>Phone: 866-847-5500 | IEM Inc Waste Management<br>Phone: 1-866-693-2587 | Hawaiian Telcom<br>Phone: 808-643-4411 |
| IEM<br>Phone: 703-414-8191 | International Environment Management, Inc.<br>Phone: 407-720-5362 | IEM. INC<br>Phone: 770-667-7270 |
| Imperial Irrigation District<br>Phone: 1-800-303-7756 | Los Angeles Department of Water&Power<br>Phone: 1-800-499-8840 | International Environmental Mgmt<br>Phone: 1-888-625-5323 |
| Keter Environmental Service, Inc.<br>Phone: 203-883-9433 | Miele Sanitation Co.<br>Phone: 845-353-3620 | MCI<br>Phone: 1-800-444-2222 |
| MEMPHIS LIGHT<br>Phone: 1-866-315-0277 | Orlando Utilities Commission<br>Phone: 407-423-9018 | NOVEC<br>Phone: 703-335-0500 |

Orange and Rockland Electric Company
Phone: 1-877-434-4100

Precision Waste Soultion LLC
Phone: 318-687-5552

PE & E
Phone: 1-800-468-4743

Pepco
Phone: 202-833-7500

San Diego Gas & Electric
Phone: 1-800-336-7343

Red River Sanitors
Phone: 318-222-6070

Red River Sanitors
Phone: 318-222-6070

Southern  California Edison Company
Phone: 1-800-747-8908

Sawnee Electric Membership
Phone: 770-887-2363

Single Digits Inc
Phone: 1-855-CLUDE-00

Sunshine Recycling
Phone: 407-843-7990

Southern California Edison Company
Phone: 1-800-990-7788

southerstern Electric Power
Phone: 1-800-611-0964

TXU Energy
Phone: 1-888-399-5501

Teco/Tampa Electric
Phone: 866-832-6249

Time Warner Cable
Phone: 1-866-519-1263

Verizon
Phone: 1-800-540-6960

Tyco Integrated Security LLC.
Phone: 1-800-289-2647

Verizon
Phone: 1-888-244-4440

Verizon Wireless
Phone: 1-800-922-0204

Verizon
Phone: 1-800-698-7431

Verizon
Phone: 1-800-607-6575

VLAN24 Inc.
Phone: 213-228-3338

Verizon Wireless
Phone: 1-800-328-0304

Virginia Natural Gas
Phone: 1-877-572-3342

Windstream
Phone: 1-800-347-1991

Waste Connetions of Florida
Phone: 813-248-3802

Waste Management of Florida
Phone: 813-621-3053

**Affected Landlords Telephone Nos.**

| | | |
|---|---|---|
| Tucson Premium Outlets LLC<br>Phone: (317) 636-1600 | EMI Santa Rosa Limited Partnership<br>Phone: (317) 636-1600 | Roseville Shoppingtown LLC<br>Phone: (310) 478-4456 |
| Paragon Outlet White Marsh LLC<br>Phone: (410) 856-1818 | Opry Mills Mall Limited Partnership<br>Phone: (317) 636-1600 | Galleria at Wolfchase LLC<br>Phone: (317) 636-1600 |
| New Rivercenter Mall II, LP<br>Phone: (210) 225-0000 | Paragon Outlets Rosenberg Limited Partnership<br>Phone: (410) 856-1818 | East Mesa Mall LLC<br>c/o Macerich Company<br>Phone: (310) 394-6000 |
| Westday Associates Limited Partnership<br>c/o Macerich Company<br>Phone: (310) 394-6000 | Desert Sky Mall LLC and JCP Realty TIC LLC<br>c/o Macerich Company<br>Phone: (310) 394-6000 | Temecula Towne Center Associates LLC<br>Phone: (216) 621-6060 |
| Newage PHM LLC<br>Phone: (626) 446-2988 | Macerich Lakewood LP<br>c/o Macerich Company<br>Phone: (310) 394-6000 | Imperial Valley Mall II LP<br>c/o CBL & Associates<br>Phone: (423) 855-0001 |
| Santa Anita Fashion Park LLC<br>Phone: (310) 478-4456 | Parkway Plaza LP<br>c/o Starwood Capital Group<br>Phone: (248) 258-6800 | Antelope Valley Mall LLC<br>c/o Forest City Commercial Mgmt<br>Phone: (216) 621-6060 |
| Colorado Mills Mall Limited Partnership<br>Phone: (317) 636-1600 | Seminole Towne Center Limited Partnership<br>c/o Washing Prime Group Inc.<br>Phone: (614) 621-9000 | TM Wellington Green Mall LP<br>Phone: (248) 258-6800 |
| Citrus Park Mall Owner LLC<br>Phone: (310) 478-4456 | Arbor Place II LLC<br>c/o CBL & Associates<br>Phone: (423) 855-0001 | Outlet Mall of Savannah LLC<br>Phone: (336) 292-3010 |
| Tanger National Harbor LLC<br>Phone: (336) 292-3010 | Pyramid Wanden Company LP<br>c/o Pyramid Mgmt Group<br>Phone: (315) 422-7000 | Carousel Center Company LP<br>c/o Pyramid Mgmt Group<br>Phone: (315) 422-7000 |
| Clackamas Mall LLC<br>Phone: (312) 960-5000 | Parks at Arlington LLC<br>Phone: (312) 960-5000 | Spotsylvania Mall Company<br>Phone: (330) 743-2902 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ronald E Gold**   rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Eve H Karasik**   ehk@lnbyb.com
- **John W Kim**   johnkim@jwklawgroup.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Kristen N Pate**   ggpbk@ggp.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Benjamin Seigel**   bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
- **Ronald M Tucker**   rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **June 19, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1360 / Ctrm 1368
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 19, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**