1   TIMOTHY J. YOO (SBN 155531)
    EVE H. KARASIK (SBN 155356)
2   JULIET Y. OH (SBN 211414)
    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3   10250 Constellation Boulevard, Suite 1700
4   Los Angeles, California 90067
    Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
5   Email: tjy@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com

6   Proposed Attorneys for Chapter 11 Debtor
7   and Debtor in Possession

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                         LOS ANGELES DIVISION

12
    In re                              )  Case No. 2:17-bk-17292-VZ
13                                      )
    CORNERSTONE APPAREL, INC.           )  Chapter 11
14                                      )
                    Debtor.             )  **DEBTOR'S REPLY TO LIMITED**
15                                      )  **OPPOSITIONS FILED BY THE UNITED**
                                        )  **STATES TRUSTEE TO DEBTOR'S**
16                                      )  **EMERGENCY MOTIONS FOR ENTRY**
                                        )  **OF ORDERS  (1) AUTHORIZING**
17                                      )  **DEBTOR TO REJECT CERTAIN**
                                        )  **UNEXPIRED NON-RESIDENTIAL REAL**
18                                      )  **PROPERTY LEASES PURSUANT TO 11**
19                                      )  **U.S.C. § 365 AND ABANDON ANY**
                                        )  **REMAINING PERSONAL PROPERTY**
20                                      )  **LOCATED AT THE LEASED PREMISES,**
                                        )  **AND (2) FOR AUTHORITY TO PAY PRE-**
21                                      )  **PETITION PRIORITY WAGES;**
                                        )  **DECLARATION OF TAE Y. YI**
22                                      )
23                                      )  Hearing:
                                        )  Date:            June 20, 2017
24                                      )  Time:            1: 30 p.m.
                                        )  Courtroom:       1368
25                                      )  Location:        255 E. Temple Street
26                                      )                   Los Angeles, California
                                        )
27                                      )
                                        )
28

                                        1

1    Cornerstone Apparel, Inc. d/b/a Papaya Clothing, a California corporation and the debtor

2    and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case ("Cornerstone") or

3    the "Debtor"), hereby submits this reply (the "Reply") to the limited oppositions filed by the

4    United States Trustee (the "UST") to the *Debtor's Emergency Motion For Entry Of An Order*

5    *Authorizing Debtor To Reject Certain Unexpired Non-Residential Real Property Leases*

6    *Pursuant To 11 U.S.C. § 365 And Abandon Any Remaining Personal Property Located At The*

7    *Leased Premises* [ECF No. 5] (the "Lease Rejection Motion"), and *Debtor's Emergency Motion*

8    *For Authority To Pay Pre-Petition Priority Wages* [ECF No. 22] (the "Wage Motion").

9    **A.    The Court Should Permit the Debtor to Abandon Any Personal Property to the**

10    **Landlords at the Rejected Lease Sites As Applicable to Avoid the Potential**

11    **Occurrence of Administrative Expense Claims.**

12    The UST objects to the portion of the Lease Rejection Motion that provides that any

13    personal property left at the rejected lease sites would be abandoned. Cornerstone has

14    determined that it will remove all personal property remaining at the closed stores such as

15    inventory, fixtures, computers and other personal property, and have such property delivered to

16    the Cornerstone corporate office/warehouse. There is no personal property remaining at the

17    Vacated Retail Stores.[1] None of the personal property located at the Rejected Operating Retail

18    Stores is subject to a personal property lease.

19    Cornerstone seeks the relief in the Lease Rejection Motion that any remaining personal

20    property inadvertently left at the rejected lease sites be deemed abandoned to the landlords for

21    the respective rejected lease sites. This relief will protect the Debtor and the estate from the

22    creation of unintended administrative expense claims. Landlords may assert claims under

23    Bankruptcy Code section 503(b) if personal property remains on the site as the leased site may

24    not be "vacated" as provided for under the leases.

25    The request to abandon personal property to landlords for rejected lease sites has been

26    granted by other courts in retail bankruptcy cases in an effort to reduce the incurrence of

27

28    _____
[1] Capitalized terms used and not defined herein have the meanings set forth in the Lease Rejection Motion
and the Wage Motion, and such definitions are incorporated herein by this reference.

1  administrative expense claims. In particular, this relief has also been granted in the United States

2  Bankruptcy Court for the Central District of California. *See, e.g., Order Granting Motion for*

3  *Entry of An Order Authorizing Debtor to Reject Certain Unexpired Non-Residential Real*

4  *Property Leases Pursuant to 11 U.S.C. § 365 and Abandon any Remaining Personal Property*

5  *Located at Leased Premises, In re Blue Bee, Inc.*, Case No. 2:16-bk-23836-SK, [ECF No.103];

6  *Final Order Granting Emergency Motion By Debtor For Entry Of Interim And Final Orders:*

7  *(A) Authorizing Assumption Of Agency Agreement; (B) Authorizing Sale Free And Clear Of All*

8  *Liens, Claims, And Encumbrances Pursuant To Bankruptcy Code Sections 363(B) And (F); (C)*

9  *Approving The Store Closing Sale Guidelines; (D) Authorizing The Debtor To Abandon; And*

10  *(E) Authorizing Lease Rejection Procedures With Respect To The Closing Stores Pursuant To*

11  *Section 365*, Paragraph 54, Case No. 8:15-bk-13008- TA, (ECF No. 240].

12  Accordingly, Cornerstone respectfully requests that the Court grant the relief requested

13  in the Lease Rejection Motion and permit the Debtor to abandon personal property to the

14  landlords for the rejected lease sites.

15  **B.    The Debtor Has Provided Information Below that Resolves the UST's Limited**

16  **Opposition to the Wage Motion.**

17  The UST objects to the Wage Motion on the grounds that insufficient evidence has been

18  submitted to support the payment of priority wages for two (2) of the Debtor's stores, and that

19  the Debtor has not identified the names of all of the insiders so that the Court and the UST can

20  confirm that no insiders will be paid pursuant to the Wage Motion.

21  The two insiders in addition to Mr. Tae Yi are Mr. Kenneth Choi and Mrs. Rachel Choi.

22  Mr.Choi is the Chief Executive Officer and a shareholder of Cornerstone.  Mrs. Rachel Choi is

23  the Vice President and a shareholder of Cornerstone.  None of the insiders will be paid pursuant

24  to the Wage Motion.

25  The two stores for which the Debtor submitted no schedule of wages for employees are

26  not subject to the Wage Motion. The Roseville Galleria (CNG) is not yet an operating store.

27  Cornerstone has a signed lease with the landlord for the Roseville Galleria, but the store has not

28  been built-out or opened for business. Accordingly, it has no employees.

3

1  The Glendale Galleria (CAO) is an operating store, which operates as Papaya Clothing,

2  but the store is owned by a non-debtor entity. There are five stores that operate as Papaya

3  Clothing (including the Glendale Galleria) that are owned by non-debtor entities, which include

4  the Glendale Galleria. These non-debtor entities are Glendale CSA, Inc. (Store CAO), CSA

5  Apparel Co. LP (Stores TXF and TXH), and Vision Canaan Corp. (Stores FLG and FLH).

6  Accordingly, the employees at the Glendale Galleria store are not included in the Wage Motion.[2]

7  **WHEREFORE**, the Debtor respectfully requests that this Court grant the Lease

8  Rejection Motion and the Wage Motion on the terms set forth above.

9  Dated:  June 19, 2017                    CORNERSTONE APPAREL, INC.

10

11                                    By:  */s/ Eve H. Karasik*

12                                         TIMOTHY J. YOO
                                          EVE H. KARASIK
13                                         JULIET Y. OH
                                          LEVENE, NEALE, BENDER, YOO
14                                            & BRILL L.L.P.
                                          Proposed Attorneys for Debtor and
15                                         Debtor in Possession

16

17

18

19

20

21

22

23

24

25

26

27  _____

28
     [2] The five non-debtor stores were inadvertently included in the *Debtor's Emergency Motion For Entry Of
An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant
To 11 U.S.C. § 366* [ECF No. 6]. The Debtor will provide in the order for the Utility Motion that the five non-
debtor stores are excluded from the requested relief.

4

# DECLARATION OF TAE Y. YI

I, Tae Y. Yi, hereby declare as follows:

1.     I am over 18 years of age.  I am the President, Chief Financial Officer, Secretary, and one of the three shareholders of Cornerstone Apparel, Inc., d/b/a Papaya Clothing, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case ("Cornerstone" and the "Debtor"), and am therefore familiar with the business operations and financial books and records of the Debtor.  I have personal knowledge of the facts set forth below and, if called to testify as a witness, I could and would competently testify thereto.

2.     I have access to the Debtor's books and records.  As the President, Chief Financial Officer and Secretary of the Debtor, I am familiar with the history, organization, operations and financial condition of the Debtor.  The records and documents referred to in this Declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtor's business at or near the time of act, condition or event to which they relate by persons employed by the Debtor who had a business duty to the Debtor to accurately and completely take, make, and maintain such records and documents.  The statements set forth in this declaration are based upon my own personal knowledge and my review of the Debtor's books and records.

3.     I make this declaration in support of the motion (the "Reply") to which this declaration is attached, pursuant to which the Debtor is responding to the limited oppositions of the United States Trustee (the "UST") to the Debtor's emergency motions seeking the entry of (i) an order authorizing the Debtor to pay pre-petition priority wages, and (ii) an order authorizing the Debtor to reject certain leases and abandon personal property at the rejected lease sites.

4.     Cornerstone has determined that it will remove all personal property remaining at the closed stores such as inventory, fixtures, computers and other personal property and have them delivered to the Cornerstone corporate office/warehouse. There is no personal property remaining at the Vacated Retail Stores. None of the personal property located at the Rejected Operating Retail Stores is subject to a personal property lease.

5.     The two insiders in addition to me are Mr. Kenneth Choi and Mrs. Rachel Choi. Mr.Choi is the Chief Executive Officer and a shareholder of Cornerstone. Mrs. Rachel Choi is the Vice President and a shareholder of Cornerstone. None of the insiders will be paid pursuant to the Wage Motion.

6.     The Glendale Galleria (CAO) is an operating store, which operates as Papaya Clothing, but the store is owned by a non-debtor entity. There are five stores that operate as Papaya Clothing (including the Glendale Galleria) that are owned by non-debtor entities, which include the Glendale Galleria. These non-debtor entities are Glendale CSA, Inc. (Store CAO), CSA Apparel Co. LP (Stores TXF and TXH), and Vision Canaan Corp. (Stores FLG and FLH). Accordingly, the employees at the Glendale Galleria store are not included in the Wage Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2017 at Commerce, California.



TAE Y. YI

# PROOF OF SERVICE OF DOCUMENT

1

2   I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

3   A true and correct copy of the foregoing document entitled: **DEBTOR'S REPLY TO LIMITED
OPPOSITIONS FILED BY THE UNITED STATES TRUSTEE TO DEBTOR'S EMERGENCY MOTIONS
4   FOR ENTRY OF ORDERS (1) AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED NON-
RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365 AND ABANDON ANY
5   REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES, AND (2) FOR
AUTHORITY TO PAY PREPETITION PRIORITY WAGES; DECLARATION OF TAE Y. YI** will be served
6   or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)**
in the manner stated below:

7   **1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to
controlling General Orders and LBR, the foregoing document will be served by the court via NEF and
8   hyperlink to the document. On **June 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or
adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to
9   receive NEF transmission at the email addresses stated below:

10
- **Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com**
- **Eve H Karasik    ehk@lnbyb.com**
11
- **John W Kim    johnkim@jwklawgroup.com**
- **Kelly L Morrison    kelly.l.morrison@usdoj.gov**
12
- **Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com**
- **Kristen N Pate    ggpbk@ggp.com**
13
- **Christopher E Prince    cprince@lesnickprince.com,
jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com**
14
- **Benjamin Seigel    bseigel@greenbass.com,
rholland@greenbass.com;ecfnotification@greenbass.com**
15
- **Ronald M Tucker    rtucker@simon.com,
cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com**
16
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Timothy J Yoo    tjy@lnbyb.com**
17

18   **2. SERVED BY UNITED STATES MAIL**: On **June 19, 2017**, I served the following persons and/or
entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true
and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
19   addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

20

□ *Service information continued on attached page*
21

22   **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR
EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR,
on **June 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail
23   service, or (for those who consented in writing to such service method), by facsimile transmission and/or
email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight
24   mail to, the judge will be completed no later than 24 hours after the document is filed.

25   ***Served via Attorney Service***            ***Served via Overnight Mail***
Hon. Vincent P. Zurzolo                   United States Trustee
26   United States Bankruptcy Court            915 Wilshire Blvd., Suite 1850
Edward R. Roybal Federal Building         Los Angeles, California 90017
27   255 E. Temple Street, Suite 1360 / Ctrm 1368
Los Angeles, CA 90012

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                            **F 9013-3.1.PROOF.SERVICE**

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
   true and correct.

2  | June 19, 2017 | Stephanie Reichert | */s/ Stephanie Reichert* |
   | *Date* | *Type Name* | *Signature* |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**