IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | JUDGE: |
| | ) | |
| CORNERSTONE APPAREL, Inc., et al., | ) | CASE NO.: 17-17292 |
| dba Papaya Clothing | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of Spotsylvania Mall Company dba Spotsylvania Towne Centre; and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. § 1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 5577 Youngstown-Warren Rd., Niles, OH 44446, Attention: Richard T. Davis.

Dated:   June 19, 2017

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661
(330) 743-2902
rdavis@cafarocompany.com

RTD/kam