Courtney J. Hull
Assistant Attorney General
Bankruptcy & Collection Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4862
Facsimile: (512) 936-1409
Courtney.hull@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 2:17-BK-17292-VZ |
| | § | |
| CORNERSTONE APPAREL, INC. | § | |
| | § | Chapter 11 |
| DEBTORS | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR</u>**
**<u>SERVICE OF NOTICE AND PLEADINGS</u>**

The Comptroller of Public Accounts of the State of Texas (the "Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

1

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
State Bar No.  24061297
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 936-1409
courtney.hull@*oag.texas.gov*

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2017, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Cornerstone Apparel, Inc.
5807 Smithway Street
Los Angeles, CA 90040

2

1
2    Eve H. Karasik
     Levene, Neale, Bender, Yoo & Brill L.L.P.
3    10250 Constellation Blvd., Ste. 1700
     Los Angeles, CA 90067
4
5    U.S. Trustee
     United States Trustee (LA)
6    915 Wilshire Blvd., Ste. 1850
     Los Angeles, CA 90017
7
8
                              */s/ Courtney J. Hull*
9                              COURTNEY J. HULL
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3