PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

CORNERSTONE APPAREL, INC.,

    Debtor.

Case No.: 2:17-bk-17292-VZ

Chapter 11

NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

    Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following nine ( 9 ) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: 7/11/17

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT "A"

In re: CORNERSTONE APPAREL, INC., 2:17-bk-17292-VZ

| **Committee Members** | **Counsel for Committee Members** |
|---|---|
| Reflex Trading Inc.<br>c/o Richard H. Song, Owner<br>1100 S. San Pedro Street, #D-4<br>Los Angeles, CA 90015<br>Telephone: (213) 746-1185<br>Facsimile: (213) 746-1196<br>E-mail: reflexrichard@gmail.com | |
| Fashion Magazine Inc., dba Fashion Art<br>c/o William Waneo Ha, CEO<br>1100 S. San Pedro St., D-1<br>Los Angeles, CA 90015<br>Telephone: (213) 748-1095<br>Facsimile: (213) 748-1094<br>E-mail: Williamwaneona@gmail.com | |
| Xenos Fashion Inc. dba Belinda<br>1616 E. 14th Street<br>Los Angeles, CA 90021<br>Telephone: (213) 748-6088<br>Facsimile: (213) 748-0588<br>E-mail: xenos280@gmail.com | John Lee<br>3731 Wilshire Blvd., Suite 940<br>Los Angeles, CA 90010<br>Telephone: (213) 380-5858<br>E-mail: Jbllaw13@gmail.com |
| GGP Limited Partnership<br>Attn: Julie Minnick Bowden, National Bankruptcy Manager<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 960-2707<br>Facsimile: (312) 442-6374<br>E-mail: Julie.minnick@ggp.com | Ivan Gold, Esq.<br>Allen Matkins Leck Gamble & Mallory, LLP<br>Three Embarcadero Center, 12th Fl.<br>San Francisco, CA 94111-4015<br>Telephone: (415) 273-7431<br>Facsimile: (415) 837-1516<br>E-mail: igold@allenmatkins.com |
| Daniela Lee, General Manager<br>dba Chocolate USA<br>1150 Crocker Street<br>Los Angeles, CA 90021<br>Telephone: (213) 747-0700<br>Facsimile: (213) 747-7155<br>E-mail: chocolateusa@gmail.com | |

///

| | | |
|---|---|---|
| 1 | Simon Property Group | Ronald M. Tucker |
| 2 | 225 West Washington Street | 225 West Washington Street |
|   | Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| 3 | Telephone: (317) 263-2346 | Telephone: (317) 263-2346 |
|   | Facsimile: (317) 263-7901 | Facsimile: (317) 263-7901 |
| 4 | E-mail: rtucker@simon.com | rtucker@simon.com |

5

Hana Financial
c/o Kevin Thomas,
SVP/Customer Credit Mgr.
1000 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-7232
E-mail: kevin.thomas@hanafinancial.com

Finance One, Inc.                                  Tony Kim, Esq.
c/o Stephen Kim, Senior VP/Portfolio Mgr.          Kim Park Choi & Yi
801 S. Grand Avenue, Ste. 1000                     3435 Wilshire Blvd., Ste. 2150
Los Angeles, CA 90017                              Los Angeles, CA 90010
Telephone: (213) 430-4868                          Telephone: (213) 252-9669
Facsimile: (888) 377-0286                          Facsimile: (213) 252-9656
E-mail: skim@finone.com                            E-mail: tonykim@kpcylaw.com

Alliance U.S.A., Inc.
dba Ambiance Apparel
c/o In Y. Noh, COO
2415 E. 15th Street
Los Angeles, CA 90021
Telephone: (323) 587-0007 ext. 150
Facsimile: (213) 402-9899
E-mail: stevenoh@ambianceapparel.com
E-mail: christinechung@ambianceapparel.com

///

///

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 11, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On ___**July 11, 2017**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 11, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2017 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Dustin P Branch, interested party, branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
   John H Choi, creditor's attorney, johnchoi@kpcylaw.com, christinewong@kpcylaw.com
   Richard T Davis, interested party, rdavis@cafarocompany.com, lspahlinger@cafarocompany.com
   Ronald E Gold, creditor's attorney, rgold@fbtlaw.com, joguinn@fbtlaw.com
   Courtney J Hull, interested party, bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
   Clifford P Jung, creditor's attorney, clifford@jyllp.com, victoria@jyllp.com;karill@jyllp.com
   Eve H Karasik, debtor's counsel, ehk@lnbyb.com
   John W Kim, creditor's attorney, johnkim@jwklawgroup.com
   Jeffrey Kurtzman, interested party, kurtzman@kurtzmansteady.com
   Noreen A Madoyan, interested party, Noreen@MarguliesFaithLaw.com,
   Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
   Monserrat Morales, interested party, mmorales@marguliesfaithlaw.com,
   Helen@marguliesfaithlaw.com;Victoria@marguliesfaithlaw.com;Brian@marguliesfaithlaw.com
   Kelly L Morrison, counsel for UST, kelly.l.morrison@usdoj.gov
   Juliet Y Oh, debtor's counsel, jyo@lnbrb.com, jyo@lnbrb.com
   Kristen N Pate, interested party, ggpbk@ggp.com
   Christopher E Prince, interested party, cprince@lesnickprince.com,
   jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
   Benjamin Seigel, interested party, bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
   Michael A Shakouri, interested party, mshakouri@goodkinlynch.com, paralegal@goodkinlynch.com
   Ronald M Tucker, interested party, rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
   United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
   Ashley R Wedding, interested party, awedding@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com
   Timothy J Yoo, debtor's counsel, tjy@lnbyb.com

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor:**
   Cornerstone Apparel, Inc.
   5807 Smithway Street
   Los Angeles, CA 90040

   **Interested Party:**
   Rosenthal & Rosenthal
   1370 Broadway
   New York, NY 10018

   **Committee Members:**
   Reflex Trading Inc.
   c/o Richard H. Song, Owner
   1100 S. San Pedro Street, #D-4
   Los Angeles, CA 90015

   Fashion Magazine Inc., dba Fashion Art
   c/o William Waneo Ha, CEO
   1100 S. San Pedro St., D-1
   Los Angeles, CA 90015

   Xenos Fashion Inc. dba Belinda
   1616 E. 14th Street
   Los Angeles, CA 90021

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

GGP Limited Partnership
Attn: Julie Minnick Boweden, National
Bankruptcy Manager
110 North Wacker Drive
Chicago, IL 60606

Daniela Lee, General Manager
dba Chocolate USA
1150 Crocker Street
Los Angeles, CA 90021

Simon Property Group
225 West Washington Street
Indianapolis, IN 46204

Hana Financial
c/o Kevin Thomas,
SVP/Customer Credit Mgr.
1000 Wilshire Boulevard
Los Angeles, CA 90017

Finance One, Inc.
c/o Stephen Kim, Senior VP/Portfolio Mgr.
801 S. Grand Avenue, Ste. 1000
Los Angeles, CA 90017

Alliance U.S.A., Inc.
dba Ambiance Apparel
c/o In Y. Noh, COO
2415 E. 15th Street
Los Angeles, CA 90021

3.  **SERVED BY PERSONAL DELIVERY**

Judge's Copy
Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE